# EXHIBIT 1

FINANCE CORPORATION; UBS SECURITIES )
LLC; WAMU ASSET ACCEPTANCE CORP.; )
WAMU CAPITAL CORP.; WELLS FARGO )
ASSET SECURITIES CORPORATION; WELLS )
FARGO BANK, NATIONAL ASSOCIATION; )
WELLS FARGO & COMPANY, and JOHN DOE )
DEFENDANTS, 1-50, )
)
               Defendants. )

**FILED** OCT 2010

## APPEARANCE BY ATTORNEY IN CIVIL CASE
## PURSUANT TO TRIAL RULE 3.1

**Party Classification:** Initiating _X_  Responding _____  Intervening _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

   **Federal Home Loan Bank of Indianapolis**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | |
|---|---|---|
| **Name:** | James P. Strenski | Atty. Number: #18186-53 |
| | Anna M. Mallon | Atty. Number: #23693-49A |
| **Address:** | CANTRELL, STRENSKI & MEHRINGER, LLP | |
| | 2400 Market Tower | Phone: 352-3500 |
| | 10 West Market Street | Fax: 352-3501 |
| | Indianapolis, IN 46204 | |

3. There are other party members: Yes _____ No _X_ *(If yes, list on continuation page.)*

4. *If first initiating party filing this case,* the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3): PL

5. I will accept service by FAX at the above noted number: Yes _____ No _X_

6. This case involves support issues. Yes _____ No _X_ *(If yes, supply social security numbers for all family members on continuation page.)*

7. There are related cases: Yes _____ No _X_ *(If yes, list on continuation page.)*

8. This form has been served on all other parties. Certificate of Service is attached: Yes _____ No _X_

9. Additional information required by local rule: **Not Applicable.**

Respectfully submitted,

_____
James P. Strenski, #18186-53

_____
Anna M. Mallon, #23693-49A

*Attorneys for Plaintiff,*
*Federal Home Loan Bank of Indianapolis*

CANTRELL, STRENSKI & MEHRINGER, LLP
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204
Tel. (317) 352-3500
Fax (317) 352-3501
jstrenski@csmlawfirm.com
amallon@csmlawfirm.com