| | |
|---|---|
| STATE OF INDIANA       )<br>                              ) SS:<br>COUNTY OF MARION   ) | IN THE MARION SUPERIOR COURT<br>CAUSE NO. 49D05 10 10 PL 045071 |

FEDERAL HOME LOAN BANK OF )
INDIANAPOLIS, )
 )
 Plaintiff, )
 )
vs. )
 )
BANC OF AMERICA MORTGAGE )
SECURITIES, INC.; BANC OF AMERICA )
SECURITIES LLC; BANK OF AMERICA )
CORPORATION; THE BEAR STEARNS )
COMPANIES LLC, f/k/a THE BEAR )
STEARNS COMPANIES, INC.; BEAR, )
STEARNS & CO. INC.; STRUCTURED )
ASSET MORTGAGE INVESTMENTS II )
INC.; CITIGROUP GLOBAL MARKETS )
INC.; CWMBS, INC.; COUNTRYWIDE )
FINANCIAL CORPORATION; CREDIT )
SUISSE FIRST BOSTON MORTGAGE )
SECURITIES CORP.; CREDIT SUISSE )
SECURITIES (USA) LLC f/k/a CREDIT )
SUISSE FIRST BOSTON LLC; CREDIT )
SUISSE HOLDINGS (USA), INC.; CREDIT )
SUISSE (USA), INC.; FIRST HORIZON )
ASSET SECURITIES, INC.; FIRST )
SAVINGS MORTGAGE CORPORATION; )
FIRST TENNESSEE BANK NATIONAL )
ASSOCIATION; RESIDENTIAL FUNDING )
MORTGAGE SECURITIES I, INC.; )
RESIDENTIAL FUNDING SECURITIES, )
LLC; GMAC MORTGAGE GROUP LLC f/k/a )
GMAC MORTGAGE GROUP, INC.;       )

**FILED**
OCT 1 5 2010
*Elizabeth R. White*
CLERK OF THE MARION CIRCUIT COURT

**COMPLAINT FOR RESCISSION AND DAMAGES**

|  |  |
|---|---|
| ALLY FINANCIAL f/k/a GMAC, INC.; GS MORTGAGE SECURITIES CORP.; GOLDMAN, SACHS & CO.; GOLDMAN SACHS MORTGAGE COMPANY; THE GOLDMAN SACHS GROUP, INC.; RBS SECURITIES INC. f/k/a GREENWICH CAPITAL MARKETS, INC.; INDYMAC MBS, INC.; J.P. MORGAN ACCEPTANCE CORPORATION I; J.P. MORGAN SECURITIES INC.; JPMORGAN SECURITIES HOLDINGS LLC; JPMORGAN CHASE & CO.; CHASE MORTGAGE FINANCE CORPORATION; UBS SECURITIES LLC; WAMU ASSET ACCEPTANCE CORP.; WAMU CAPITAL CORP.; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK, NATIONAL ASSOCIATION; WELLS FARGO & COMPANY, and JOHN DOE DEFENDANTS, 1-50,<br><br>                             Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## Table of Contents

I. NATURE OF THE ACTION ................................................................................................ 1

II. JURISDICTION AND VENUE ......................................................................................... 7

III. THE PARTIES..................................................................................................................... 8

    A. Plaintiff ........................................................................................................................ 8

    B. Defendants ................................................................................................................... 9

    C. The John Doe Defendants........................................................................................... 24

IV. FACTUAL BACKGROUND............................................................................................ 25

    A. Mechanics of Mortgage Backed Securities................................................................ 25

        1. The Securitization Process.................................................................................. 25

        2. The Rating Process for PLMBS.......................................................................... 27

    B. The Mortgage Originators Abandoned Underwriting and Appraisal Standards............................................................................................................................ 29

        1. The Shift from "Originate to Hold" to "Originate to Distribute" Securitization Incentivized Mortgage Originators to Disregard Loan Quality. ................................................................................................. 29

        2. Mortgage Originators Abandoned Underwriting Guidelines in Order to Initiate High Cost Loans for Securitization........................... 36

        3. Mortgage Originators Manipulated Appraisals of Collateralized Real Estate in Order to Initiate Loans for Securitization. ................................................................................................................. 37

        4. Widespread Delinquencies Reflected the Inevitable Consequence of Loans Issued Without Meaningful Underwriting. ......................................................................................................... 41

    C. Federal and State Investigations, Press Reports, Publicly Available Documents Produced in Other Civil Lawsuits, and Analysis of the Mortgage Pools Underlying the Securities Identify Systematic Violation of Underwriting Guidelines by Mortgage Originators Whose Loans Back the PLMBS in this Case...................................................... 43

        1. Countrywide Home Loans, Inc. .......................................................................... 44

        a.    Government actions against Countrywide demonstrate Countrywide's failure to adhere to sound underwriting practices. .................................................... 44

        b.    Private actions against Countrywide demonstrate Countrywide's failure to adhere to sound underwriting practices. ............................................................. 49

        c.    Confidential witnesses provide further evidence of Countrywide's failure to adhere to sound underwriting practices. ............................................................. 53

        d.    The mortgages originated by Countrywide and securitized in the PLMBS purchased by the Bank provide further evidence of Countrywide's failure to adhere to sound underwriting practices. ..................................... 56

    2.    GMAC and Residential Funding Corp. ................................................. 57

    3.    IndyMac Bank, FSB ............................................................................... 60

        a.    Government actions and related lawsuits and investigations demonstrate IndyMac's failure to adhere to sound underwriting practices. ..................................... 60

        b.    The mortgages originated by IndyMac and securitized in the PLMBS purchased by the Bank provide further evidence of IndyMac's failure to adhere to sound underwriting practices. ..................................... 65

    4.    Washington Mutual Bank ...................................................................... 66

        a.    Government actions and related lawsuits and investigations demonstrate WaMu's failure to adhere to sound underwriting practices. ..................................... 66

        b.    Confidential witnesses provide further evidence of WaMu's failure to adhere to sound underwriting practices. ............................................................................ 68

        c.    The mortgages originated by WaMu and securitized in the PLMBS purchased by the Bank provide further evidence of WaMu's failure to adhere to sound underwriting practices. ..................................... 69

    5.    Wells Fargo ............................................................................................ 70

    a. Other investigations and lawsuits and confidential witness testimony demonstrate that Wells Fargo abandoned underwriting guidelines. ........................................... 70

    b. The mortgages originated by Wells Fargo and securitized in the PLMBS purchased by the Bank provide further evidence of Wells Fargo's failure to adhere to sound underwriting practices. ..................................... 75

  6. American Home Mortgage .................................................................. 76

  7. Chase Home Finance LLC and JPMorgan Chase Bank, N.A. ........................................................................................................ 78

  8. PHH Mortgage Corp. .......................................................................... 82

  9. National City Mortgage Company ....................................................... 84

  10. First Horizon Home Loan Corporation ............................................... 87

  11. SunTrust Mortgage, Inc. ..................................................................... 88

  12. HomeComings Financial, LLC and HomeComings Financial Network, Inc. ..................................................................... 92

  13. GreenPoint Mortgage Funding, Inc. ..................................................... 95

  14. Bank of America, N.A. ........................................................................ 98

  15. Other Mortgage Originators Also Abandoned Sound Underwriting Practices in Order to Issue Loans for Securitization. ....................................................................................... 100

D. The Securitization Process Was Plagued by Conflicts of Interest and Misplaced Incentives. ................................................................................ 101

  1. The Vertical Integration of Many of the Firms Involved in the Issuance of the PLMBS Purchased by the Bank Provided the Defendants with Knowledge of the Mortgage Originators' Abandonment of Underwriting Guidelines. ..................... 101

  2. Financial Ties Between the Investment Banks and Non-Bank Lenders Provided the Defendants with Knowledge of the Mortgage Originators' Abandonment of Underwriting Guidelines. ........................................................................................ 107

  3. The Investment Banks' Conflicts of Interest Undermined Adequate Due Diligence and Disclosure to Investors. ......................... 109

        4. Defendants Undermined and Misused Loan Pool Due Diligence Results Prepared by Third-Party Firms. ............................... 111

            a. The Defendants directed the due diligence process and were provided with detailed reports describing the results of the process. ........................................................ 111

            b. The Defendants manipulated and misused due diligence results. ................................................................. 115

            c. The Defendants knowingly included defective loans in the pools but concealed this information from investors. ................................................................................ 117

        5. Defendants' Own Due Diligence Identified a High Number of Defective Loans in the Mortgage Pools Backing PLMBS. ........................................................................................ 120

        6. The Vertical Integration of Many of the Firms Involved in the Issuance of the PLMBS Purchased by the Bank Enabled the Controlling Person Defendants to Control the Management and Policies of the Controlled Entities. ........................... 122

    E. The Securitization Process Was Supported by Credit Ratings that Materially Misstated the Credit Risk of the PLMBS. ......................................... 125

        1. The Credit Ratings Were Compromised by Conflicts of Interest, Manipulation and Misinformation. ........................................ 125

        2. Subsequent Downgrades Confirm that the Investment Grade Ratings Reported in the Offering Documents Were Unjustifiably High and Misstated the True Credit Risk of the PLMBS Purchased by the Bank. ....................................... 128

        3. The Bank Reasonably Relied on the Credit Ratings Reported in the Prospectuses. ............................................................. 129

V. DEFENDANTS' MATERIAL UNTRUE STATEMENTS AND OMISSIONS IN CONNECTION WITH THE SALE OF PLMBS TO THE BANK ................................................................................................................. 130

    A. Defendants Misrepresented Underwriting Guidelines Utilized by Mortgage Lenders. ............................................................................................ 131

        1. The Materiality of Underwriting Guidelines ......................................... 131

        2. Misstatements Regarding Underwriting Guidelines ............................. 131

|   |   |   |   |
|---|---|---|---|
| | 3. | Evidence Demonstrating Misstatements in the Offering Documents Regarding the Originators' Underwriting Practices ................................................................................................. 135 | |
| | | a. Government investigations, actions and settlements, confidential witnesses and evidence developed in other private lawsuits demonstrate systematic and pervasive abandonment of stated underwriting practices by the originators. ..................................................... 135 | |
| | | b. Analysis of loans that backed the PLMBS purchased by the Bank demonstrate the abandonment of stated underwriting practices by the originators. ........................................................................... 136 | |
| B. | Defendants Misrepresented the Loan-to-Value Ratios ("LTVs"). .................... 138 | | |
| | 1. | The Materiality of LTVs ..................................................................... 138 | |
| | 2. | Evidence Demonstrating Misstatements about LTV Ratios in the Offering Documents ................................................................. 141 | |
| C. | Defendants Misrepresented the Occupancy Status Rates. ................................. 150 | | |
| | 1. | The Materiality of Occupancy Status Rates ........................................ 150 | |
| | 2. | Evidence Demonstrating Misstatements about the Occupancy Status Rates ..................................................................... 150 | |
| D. | Defendants Misrepresented the Loan Documentation Process ......................... 152 | | |
| | 1. | The Materiality of the Loan Documentation Process .......................... 152 | |
| | 2. | Evidence Demonstrating Misstatements about the Loan Documentation Process ........................................................................ 152 | |
| E. | Defendants' Statements Regarding the AAA Rating of the PLMBS Were False and Misleading ................................................................................ 154 | | |
| | 1. | The Materiality of the Credit Rating Process and Ratings .................. 154 | |
| | 2. | Misstatements about the Credit Rating Process and Ratings ............... 154 | |
| | 3. | Evidence Demonstrating Misstatements about the Ratings and Ratings Process ............................................................................. 156 | |
| F. | Defendants Misrepresented the Due Diligence Performed on the Mortgage Pools that Backed the PLMBS Purchased by the Bank. .................. 158 | | |

        1. The Materiality of Due Diligence on the Mortgage Pools .................... 158

        2. Misstatements about Due Diligence ..................................................... 159

        3. Evidence of Misstatements about Due Diligence ............................... 161

VI. COUNTS .......................................................................................................... 161

VII. PRAYER FOR RELIEF .................................................................................... 182

VIII. JURY DEMAND ............................................................................................... 183

## APPENDICES

PLMBS CERTIFICATES PURCHASED BY FEDERAL HOME LOAN BANK
    OF INDIANAPOLIS AT ISSUE IN THIS ACTION ........................................... APPX. I

CLAYTON TESTIMONY AND SUPPORTING DOCUMENTS
    A.    CLAYTON SERVICES, INC. REPORT ON DUE DILIGENCE REJECTION
          AND WAIVER TRENDS
    B.    TESTIMONY OF VICKI BEAL, SENIOR VICE PRESIDENT, CLAYTON
          HOLDINGS, BEFORE THE FINANCIAL CRISIS INQUIRY COMMISSION,
          SEPTEMBER 23, 2010
    C.    TESTIMONY OF KEITH JOHNSON, FORMER PRESIDENT,
          CLAYTON HOLDINGS, BEFORE THE FINANCIAL CRISIS
          INQUIRY COMMISSION, SEPTEMBER 23, 2010 .............................. APPX. II

DEFENDANTS' MATERIALLY MISLEADING STATEMENTS AND
    OMISSIONS REGARDING UNDERWRITING GUIDELINES ...................... APPX. III

DEFENDANTS' MATERIAL UNTRUE STATEMENTS AND OMISSIONS
    REGARDING THE CREDIT RATING PROCESS AND THE AAA
    RATING OF THE PLMBS ............................................................................ APPX. IV

DEFENDANTS' MATERIAL UNTRUE STATEMENTS AND OMISSIONS
    REGARDING THE DUE DILIGENCE PERFORMED ON THE
    MORTGAGE POOLS THAT BACKED THE PLMBS PURCHASED BY
    THE BANK ..................................................................................................... APPX. V