UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FEDERAL HOME LOAN BANK OF
INDIANAPOLIS,

                     Plaintiff,

      v.

BANC OF AMERICA MORTGAGE
SECURITIES, INC., et al.,

                     Defendants.

Case No. 1:10-CV-001463-WTL-DML

(Marion Superior Court Cause
No. 49D05-1010-PL-045071)

## JOINDER OF INDYMAC MBS, INC. IN NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446(a), Defendant IndyMac MBS, Inc. ("IndyMac MBS") consents to, and joins in, the Notice of Removal filed in this action on November 15, 2010 ("Notice of Removal") (Docket Entry 8), originally commenced in the Superior Court of Marion County for the State of Indiana, Cause No. 49D05-1010-PL-045071 ("State Court Action"). In support of removal, IndyMac MBS states as follows:

      1.      The State Court Action may be removed to this Court pursuant to 28 U.S.C. § 1441(c) on the basis of diversity of citizenship. Congress may specifically provide for a federally-chartered corporation to have citizenship in a state, by incorporating it as a "body corporate" of a particular state. *See Lehman Bros. Bank v. Frank T. Yoder Mortgage*, 415 F. Supp. 2d 636, 640 (E.D. Va. 2006); *Patterson v. Am. Nat'l Red Cross*, 101 F. Supp. 655, 656-57 (S.D. Fla. 1951). Plaintiff is a "body corporate" of the State of Indiana and is thus a citizen of Indiana for diversity jurisdiction purposes. None of the Defendants are citizens of the state of

61227472_1

Indiana, and the amount in controversy exceeds $75,000.  *See* 12 U.S.C. § 1332.  With respect to IndyMac MBS, it is incorporated in Delaware and has its principal place of business in Orange County, California.  For these reasons, removal is appropriate on the basis of diversity of citizenship.

2. The "sue and be sued" provision applicable to Plaintiff under the Federal Home Loan Bank Act of 1932, 12 U.S.C. § 1432(a), confers original subject matter jurisdiction on federal courts.  *See Am. Nat'l Red Cross v. S.G.*, 505 U.S. 247, 255 (1992); *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Trust v. Raines*, 534 F.3d 779, 785 (D.C. Cir. 2008); *see also Ewing v. Federal Home Loan Bank of Des Moines*, 645 F. Supp. 2d 707, 709 (S.D. Iowa 2009) (noting that federal district court possessed jurisdiction over suit against Federal Home Loan Bank under the "sue and be sued" clause of the statute enacting its federal corporate charter and 28 U.S.C. § 1441(b)).  Thus, the State Court Action may be removed to this Court pursuant to 28 U.S.C. § 1441(b) on the grounds that this Court has original subject matter jurisdiction over the action.

Dated:  November 17, 2010                                              Respectfully submitted,


                                                                                         Plews Shadley Racher & Braun LLP


                                                                                         _____/s/ Jonathan P. Emenhiser_____

George M. Plews
Jonathan P. Emenhiser
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, Indiana  46202
Telephone:  (317) 637-0700
Facsimile:  (317) 637-0712

*Attorneys for Defendant IndyMac MBS, Inc.*

61227472_1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of November, 2010, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

| | |
|---|---|
| James P. Strenski<br>Anna M. Mallen<br>CANTRELL, STRENSKI &<br>MEHRINGER, LLP<br>jstrenski@csmlawfirm.com<br>amallon@csmlawfirm.com | Jennifer W. Adams<br>Brian E. Casey<br>Hamish S. Cohen<br>Karoline E. Jackson<br>Mark J. Dinsmore<br>BARNES & THORNBURG LLP<br>jennifer.adams@btlaw.com<br>brian.casey@btlaw.com<br>Hamish.cohen@btlaw.com<br>kjackson@btlaw.com<br>mdinsmore@btlaw.com |
| Christopher G. Scanlon<br>Paul A. Wolfa<br>Harmony A. Mappes<br>BAKER & DANIELS<br>Chris.scanlon@bakerd.com<br>Paul.wolfa@bakerd.com<br>Harmony.mappes@bakerd.com | A. Robert Pietrzak<br>Dorothy J. Spenner<br>Owen H. Smith<br>Tom A. Paskowitz<br>SIDLEY AUSTIN LLP<br>rpietrzak@sidley.com<br>dspenner@sidley.com<br>osmith@sidley.com<br>tpaskowitz@sidley.com |
| Alan S. Brown<br>Thomas A. Satrom<br>FROST BROWN TODD LLC<br>abrouwn@fbtlaw.com<br>tsatrom@fbtlaw.com | Jason R. Delk<br>DELK MCNALLY<br>delk@delkmcnally.com |
| David J. Hensel<br>Linda L. Pence<br>PENCE HENSEL LLC<br>dhensel@pencehensel.com<br>lpence@pencehensel.com | Andres W. Hull<br>Jason L. Fulk<br>HOOVER HULL LLP<br>awhull@hooverhull.com<br>jfulk@hooverhull.com |
| Ryan L. Leitch<br>RILEY BENNETT & EGLOFF, LLP | David O. Tittle<br>Briana L. Kovac |

61227472_1

| | |
|---|---|
| rleitch@rbelaw.com | BINGHAM MCHALE LLP<br>dtittle@binghammchale.com<br>dkovac@binghammchale.com |
| Judy L. Woods<br>BOSE MCKINNEY & EVANS, LLP<br>jwoods@boselaw.com | |

      I hereby certify that a copy of the foregoing was served upon the following, via United States mail, proper first class postage affixed, this 17th day of November, 2010:

| | |
|---|---|
| Gary A. Gotto<br>KELLER ROHRBACK P.L.C.<br>3101 North Central Avenue, Ste. 1400<br>Phoenix, Arizona 85012 | Richard H. Klapper<br>Theordore Edelman<br>Harsh N. Trivedi<br>Christopher J. Dunne<br>Rhiana L. Swartz<br>Jacob E. Cohen<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004 |
| Lynn Lincoln Sarko<br>Derek W. Loeser<br>Amy Williams-Derry<br>Elizabeth A. Leland<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Ste. 3200<br>Seattle, Washington 98101 | Richard W. Clary<br>Michael T. Reynolds<br>CRAVATH SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eight Avenue<br>New York, New York 10019-7475 |
| Adam S. Hakki<br>Daniel H.R. Laguardia<br>Stephen D. Hibbard<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, New York 10028 | Thomas C. Rice<br>Alan Turner<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017 |
| Jay B. Kasner<br>Christopher P. Malloy<br>Scott D. Musoff<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036 | Brad S. Karp<br>Charles E. Davidow<br>Susanna M. Buergel<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064 |
| William C. Casano | Robert L. Kopecky |

| | |
|---|---|
| Gilbert E. DeLorme<br>GREENSTEIN DELORME & LUCHS, P.C.<br>1620 l Street, NW, Suite 900<br>Washington, DC 20036 | Daniel E. Laytin<br>Joshua Z. Rabinovitz<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654-3406 |
| Brian Sieve<br>Eric Gortner<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654-3406 | Anne N. DePrez<br>BARNES & THORNBURG LLP<br>111 South Meridian Street<br>Indianapolis, Indiana 46204 |

William F. Sullivan
Howard M. Privette
John D. Durrant
D. Scott Carlton
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street, 25th Floor
Los Angeles, California 90071

　　　　　/s/ Jonathan P. Emenhiser＿＿＿＿＿＿＿＿＿＿＿＿＿

61227472_1