Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP021576
Cashier ID: dhabing
Transaction Date: 12/09/2010
Payer Name: DELK MCNALLY LLP
------------------------------------
PRO HAC VICE
 For: DELK MCNALLY LLP
 Case/Party: D-INS-1-10-LB-000001-001
 Amount:       $30.00
PRO HAC VICE
 For: DELK MCNALLY LLP
 Case/Party: D-INS-1-10-LB-000001-001
 Amount:       $30.00
PRO HAC VICE
 For: DELK MCNALLY LLP
 Case/Party: D-INS-1-10-LB-000001-001
 Amount:       $30.00
------------------------------------
CHECK
 Check/Money Order Num: 1037
 Amt Tendered: $90.00
------------------------------------
Total Due:      $90.00
Total Tendered: $90.00
Change Amt:     $0.00

1:10-cv-1463-WTL-DML

PHV FEES: B KARP, C DAVIDOW, S
BUERGEL

DELK MCNALLY LLP

421 S. WALNUT ST. STE. 200

MUNCIE, IN  47305-2459


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45.00 fee
will be charged for a returned
check."