**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF INDIANAPOLIS,<br><br>      Plaintiff,<br><br>  v.<br><br>BANC OF AMERICA MORTGAGE SECURITIES, INC., et al.,<br><br>      Defendants. | Civil Action: 1:10-cv-1463-WTL-DML |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.2 of the United States District Court for the Southern District of Indiana, Plaintiff Federal Home Bank of Indianapolis, by its undersigned counsel, certifies as follows:

1.   Plaintiff has no parent corporation.

2.   The following publicly held companies hold 10% or more ownership interest (stock) in Plaintiff:

    (A)  Flagstar Bancorp, Inc.; and

    (B)  Bank of America.

DATED: December 15, 2010

                     CANTRELL, STRENSKI & MEHRINGER LLP

                     /s/ James P. Strenski
                     James P. Strenski (#18186-53)
                     Anna M. Mallon (#23693-49A)
                     2400 Market Tower
                     10 West Market Street
                     Indianapolis, Indiana 46204
                     Telephone: (317) 352-3500
                     Facsimile: (317) 352-3501

Of Counsel

KELLER ROHRBACK L.L.P.
Lynn L. Sarko
Derek W. Loeser
Amy Williams-Derry
Elizabeth A. Leland
1201 Third Ave., Suite 3200
Seattle, Washington 98101
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384

KELLER ROHRBACK P.L.C.
Gary A. Gotto
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone:  (602) 248-0088
Facsimile:  (602) 248-2822

***Counsel for Plaintiff, Federal Home Loan Bank of Indianapolis***

Case 1:10-cv-01463-WTL-DML   Document 98   Filed 12/15/10   Page 2 of 5

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of December, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

| Attorneys | Represents |
|---|---|
| Jennifer Westerhaus Adams<br>Anne N. DePrez<br>Barnes & Thornburg LLP<br>jadams@btlaw.com<br>anne.deprez@btlaw.com | UBS Securities, Inc. |
| Brian E. Casey<br>Hamish S. Cohen<br>Barnes & Thornburg LLP<br>brian.casey@btlaw.com<br>hamish.cohen@btlaw.com | Goldman, Sachs & Co.<br>GS Mortgage Securities Corp.<br>Goldman Sachs Mortgage Company<br>The Goldman Sachs Group, Inc. |
| Christopher G. Scanlon<br>Paul A. Wolfla<br>Baker & Daniels LLP<br>chris.scanlon@bakerd.com<br>paul.wolfla@bakerd.com | J.P. Morgan Acceptance Corporation I<br>J.P. Morgan Securities Inc.<br>JPMorgan Securities Holdings LLC<br>JPMorgan Chase & Co.<br>Chase Mortgage Finance Corporation<br>The Bear Stearns Companies LLC, f/k/a<br>The Bear Stearns Companies, Inc.<br>Bear, Stearns & Co., Inc.<br>Structured Asset Mortgage Investments II Inc.<br>WaMu Asset Acceptance Corp.<br>WaMu Capital Corp. |
| Andrew W. Hull<br>Jason L. Fulk<br>Hoover Hull, LLP<br>awhull@hooverhull.com<br>jfulk@hooverhull.com | Credit Suisse First Boston Mortgage Securities Corp.<br>Credit Suisse Securities (USA) LLC f/k/a<br>Credit Suisse First Boston LLC<br>Credit Suisse Holdings (USA), Inc.<br>Credit Suisse (USA), Inc. |
| Richard W. Clary<br>Michael T. Reynolds<br>Cravath Swaine & Moore LLP<br>rclary@cravath.com<br>mreynolds@cravath.com | Credit Suisse First Boston Mortgage Securities Corp.<br>Credit Suisse Securities (USA) LLC f/k/a<br>Credit Suisse First Boston LLC<br>Credit Suisse Holdings (USA), Inc.<br>Credit Suisse (USA), Inc. |
| Judy L. Woods<br>Bose McKinney & Evans<br>jwoods@boselaw.com | Countrywide Financial Corporation<br>CWMBS, Inc. |
| Adam S. Hakki<br>Daniel H.R. Laguardia<br>ahakki@shearman.com<br>daniel.laguardia@shearman.com | Countrywide Financial Corporation<br>CWMBS, Inc. |

| | |
|---|---|
| Linda L. Pence<br>David J. Hensel<br>Pence Hensel LLC<br>lpence@pencehensel.com<br>dhensel@pencehensel.com | First Savings Mortgage Corporation |
| Ryan L. Leitch<br>Sarah Tuohy MacGill<br>Riley Bennett & Egloff, LLP<br>rleitch@rbelaw.com<br>smacgill@rbelaw.com | First Tennessee Bank National Association<br>First Horizon Asset Securities, Inc. |
| Brian D. Sieve<br>Eric T. Gortner<br>Kirkland & Ellis, LLP<br>brian.sieve@kirkland.com<br>eric.gortner@kirkland.com | First Horizon Asset Securities, Inc.<br>First Tennessee Bank National Association |
| David O. Tittle<br>Briana L. Kovac<br>Bingham McHale LLP<br>dtittle@binghammchale.com<br>bkovac@binghammchale.com | RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc. |
| Ryan L. Leitch<br>Riley Bennett & Egloff, LLP<br>rleitch@rbelaw.com | Ally Financial f/k/a/ GMAC, Inc.<br>GMAC Mortgage Group LLC f/k/a GMAC Mortgage Group, Inc.<br>Residential Funding Mortgage Securities I, Inc.<br>Residential Funding Securities, LLC |
| Alan S. Brown<br>Thomas E. Satrom<br>Frost Brown Todd LLC<br>abrown@fbtlaw.com<br>tsatrom@fbtlaw.com | Banc of America Mortgage Securities, Inc.<br>Banc of America Securities LLC<br>Bank of America Corporation |
| Michael T. McNally<br>Jason R. Delk<br>Delk McNally LLP<br>mcnally@delkmcnally.com<br>delk@delkmcnally.com | Citigroup Global Markets Inc. |
| Karoline E. Jackson<br>Mark J. Dinsmore<br>Barnes & Thornburg LLP<br>kjackson@btlaw.com<br>mark.dinsmore@btlaw.com | Wells Fargo & Company<br>Wells Fargo Asset Securities Corporation<br>Wells Fargo Bank National Association |
| Christopher G. Scanlon<br>Harmony A. Mappes<br>Paul A. Wolfla<br>BAKER & DANIELS-Indianapolis<br>chris.scanlon@bakerd.com<br>harmony.mappes@bakerd.com<br>paul.wolfla@bakerd.com | The Bear Stearns Companies LLC f/k/a The Bear Stearns Companies, Inc. |

5

| | |
|---|---|
| Jonathan P. Emenhiser<br>George M. Plews<br>Plews Shadley Racher & Braun, LLP<br>jemenhiser@psrb.com<br>gplews@psrb.com | IndyMac MBS, Inc. |
| Scott H. Christensen<br>Hughes Hubbard & Reed LLP<br>christen@hugheshubbard.com | IndyMac MBS, Inc. |

I hereby certify that on the 15th day of December, 2010, a copy of the foregoing document was mailed, by first class mail, postage prepaid and properly addressed to the following:

| | |
|---|---|
| Alan C. Turner<br>Jason R. Meltzer<br>Thomas C. Rice<br>Simpson Thacher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017-3954 | RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc. |
| Stephen D. Hibbard<br>Shearman & Sterling, LLP<br>525 Market St., Suite 1500<br>San Francisco, CA  94105 | Countrywide Financial Corporation<br>CWMBS, Inc. |

/s/ James P. Strenski