UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

---------------------------------------------------------x
FEDERAL HOME LOAN BANK OF : NO. 1:10-cv-001463-WTL-DML
INDIANAPOLIS, :
 : (Marion Superior Court Cause No.
Plaintiff, : 49D05 10 10 PL 045071)
v. :
 :
BANC OF AMERICA MORTGAGE :
SECURITIES, INC., ET. AL., :
 :
Defendants. :
---------------------------------------------------------x

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

This matter came before the Court on the motion of Mark J. Dinsmore of the firm of Barnes & Thornburg LLP for leave to withdraw his appearance for Defendants Wells Fargo & Company, Wells Fargo Asset Securities Corporation, Wells Fargo Bank, National Association. Being duly advised, and finding that the Wells Fargo Defendants will continue to be represented by Karoline E. Jackson, the Court GRANTS the motion. IT IS HEREBY ORDERED that the appearance of Mark J. Dinsmore be, and hereby is, WITHDRAWN.

Dated: __12/16/2010__

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution[1]:

| | |
|---|---|
| Jennifer Westerhaus Adams<br>BARNES & THORNBURG LLP<br>jennifer.adams@btlaw.com | Mark J. Dinsmore<br>BARNES & THORNBURG LLP<br>mark.dinsmore@btlaw.com |
| Alan S. Brown<br>FROST BROWN TODD LLC<br>abrown@fbtlaw.com | Jonathan P. Emenhiser<br>PLEWS SHADLEY RACHER & BRAUN<br>jemenhiser@psrb.com |
| Brian Eugene Casey<br>BARNES THORNBURG<br>brian.casey@btlaw.com | Jason L. Fulk<br>HOOVER HULL LLP<br>jfulk@hooverhull.com |
| Scott H. Christensen<br>HUGHES HUBBARD & REED, LLP<br>christen@hugheshubbard.com | Eric T. Gortner<br>KIRKLAND & ELLIS, LLP<br>eric.gortner@kirkland.com |
| Richard W. Clary<br>CRAVATH SWAINE & MOORE, LLP<br>rclary@cravath.com | David J. Hensel<br>PENCE HENSEL LLC<br>dhensel@pencehensel.com |
| Hamish S. Cohen<br>BARNES & THORNBURG LLP<br>hamish.cohen@btlaw.com | Andrew W. Hull<br>HOOVER HULL LLP<br>awhull@hooverhull.com |
| Anne N. DePrez<br>BARNES & THORNBURG LLP<br>adeprez@btlaw.com | Karoline E. Jackson<br>BARNES & THORNBURG LLP<br>kjackson@btlaw.com |
| Jason R. Delk<br>DELK MCNALLY<br>delk@delkmcnally.com | Briana Lynn Kovac<br>BINGHAM MCHALE LLP<br>bkovac@binghammchale.com |

---

[1] Please note that the court will not mail copies of this entry to those attorneys of record who have not provided their email address to the court. As of September 1, 2004, the failure to register for the court's electronic filing system constitutes a violation of Local Rule 5.7(b). It is the responsibility of co-counsel who are registered to ensure that the entry is distributed to all non-registered counsel, and registered co-counsel also should urge all counsel to comply with the local rule and register to use the court's electronic filing system so that they may receive notice of future entries from the court by email. Information on how to register may be found on the court's website at http://www.insd.uscourts.gov/ecf.

Ryan L. Leitch
RILEY BENNETT & EGLOFF LLP
rleitch@rbelaw.com

Sarah Tuohy MacGill
RILEY BENNETT & EGLOFF LLP
smacgill@rbelaw.com

Anna Muehling Mallon
CANTRELL, STRENSKI & MEHRINGER, LLP
amallon@csmlawfirm.com

Harmony A. Mappes
BAKER & DANIELS - Indianapolis
harmony.mappes@bakerd.com

Michael T. McNally
DELK MCNALLY
mcnally@delkmcnally.com

Linda L. Pence
PENCE HENSEL LLC
lpence@pencehensel.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

Michael T. Reynolds
CRAVATH SWAINE & MOORE, LLP
mreynolds@cravath.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com

Christopher G. Scanlon
BAKER & DANIELS - Indianapolis
chris.scanlon@bakerd.com

Brian D. Sieve
KIRKLAND & ELLIS, LLP
brian.sieve@kirkland.com

James P. Strenski
CANTRELL, STRENSKI & MEHRINGER, LLP
jstrenski@csmlawfirm.com

David O. Tittle
BINGHAM MCHALE LLP
dtittle@binghammchale.com

Paul A. Wolfla
BAKER & DANIELS - Indianapolis
paul.wolfla@bakerd.com

Judy L. Woods
BOSE MCKINNEY & EVANS, LLP
jwoods@boselaw.com