```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP021677
Cashier ID: jsammons
Transaction Date: 12/15/2010
Payer Name: BARNES THORNBURG LLP

PRO HAC VICE
 For: BARNES THORNBURG LLP
 Case/Party: D-INS-1-10-LB-000001-001
 Amount:         $30.00
PRO HAC VICE
 For: BARNES THORNBURG LLP
 Case/Party: D-INS-1-10-LB-000001-001
 Amount:         $30.00
PRO HAC VICE
 For: BARNES THORNBURG LLP
 Case/Party: D-INS-1-10-LB-000001-001
 Amount:         $30.00
PRO HAC VICE
 For: BARNES THORNBURG LLP
 Case/Party: D-INS-1-10-LB-000001-001
 Amount:         $30.00
PRO HAC VICE
 For: BARNES THORNBURG LLP
 Case/Party: D-INS-1-10-LB-000001-001
 Amount:         $30.00

CHECK
 Check/Money Order Num: 418267
 Amt Tendered: $150.00

Total Due:       $150.00
Total Tendered: $150.00
Change Amt:        $0.00

1:10-CV-01463-WTL-DML

Pro Hac fees for:

Richard H. Klapper

Theodore Edelman

Christopher J. Dunne

Harsh N. Trivedi
Rhiana L. Swartz

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45.00 fee
will be charged for a returned
check."
```