UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF INDIANAPOLIS, <br><br> Plaintiff, <br><br> vs. <br><br> BANC OF AMERICA MORTGAGE SECURITIES, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Cause No. 1:10-cv-01463-WTL-DML |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5(c) and in support of the Motion for Owen H. Smith to appear *pro hac vice*, Owen H. Smith hereby certifies that he will abide by the Seventh Circuit Standards of Professional Conduct.

Dated: December 16, 2010

Respectfully submitted,

Owen H. Smith
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300; (212) 839-5599 (fax)

*Attorney for Defendants JPMorgan Chase & Co., JPMorgan Securities Holdings LLC, J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., Chase Mortgage Finance Corporation, The Bear Stearns Companies LLC, f/k/a The Bear Stearns Companies Inc., Bear, Stearns & Co. Inc., Structured Asset Investments II Inc., WaMu Asset Acceptance Corporation, and WaMu Capital Corporation*

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2010, a copy of the foregoing Affidavit was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| James P. Strenski<br>Anna M. Mallon<br>CANTRELL, STRENSKI & MEHRINGER, LLP<br>jstrenski@csmlawfirm.com<br>amallon@csmlawfirm.com | Anne N. DePrez<br>Jennifer W. Adams<br>BARNES & THORNBURG LLP<br>anne.deprez@btlaw.com<br>jennifer.adams@btlaw.com<br><br>Brian E. Casey<br>Hamish S. Cohen<br>BARNES & THORNBURG LLP<br>brian.casey@btlaw.com<br>hamish.cohen@btlaw.com<br><br>Karoline E. Jackson<br>BARNES & THORNBURG LLP<br>kjackson@btlaw.com |
| Alan S. Brown<br>Thomas E. Satrom<br>FROST BROWN TODD LLC<br>abrown@fbtlaw.com<br>tsatrom@fbtlaw.com | Jason R. Delk<br>Michael T. McNally<br>DELK MCNALLY<br>delk@delkmcnally.com<br>mcnally@delkmcnally.com |
| David J. Hensel<br>Linda L. Pence<br>PENCE HENSEL LLC<br>dhensel@pencehensel.com<br>lpence@pencehensel.com | Andrew W. Hull<br>Jason L. Fulk<br>HOOVER HULL LLP<br>awhull@hooverhull.com<br>jfulk@hooverhull.com |
| Ryan L. Leitch<br>Sarah T. McGill<br>RILEY BENNETT & EGLOFF, LLP<br>rleitch@rbelaw.com<br>smcgill@rbelaw.com | David O. Tittle<br>Briana L. Kovac<br>BINGHAM MCHALE LLP<br>dtittle@binghammchale.com<br>bkovac@binghammchale.com |
| Judy L. Woods<br>BOSE MCKINNEY & EVANS, LLP<br>jwoods@boselaw.com | George M. Plews<br>Jonathan P. Emenhiser<br>PLEWS SHADLEY RACHER & BRAUN, LLP<br>gplews@psrb.com<br>jemenhiser@psrb.com |

| | |
|---|---|
| Richard W. Clary, *pro hac vice*<br>Michael T. Reynolds, *pro hac vice*<br>CRAVATH, SWAINE & MOORE LLP<br>rclary@cravath.com<br>mreynolds@cravath.com | Brian D. Sieve, *pro hac vice*<br>Eric T. Gortner, *pro hac vice*<br>KIRKLAND & ELLIS LLP<br>brian.sieve@kirkland.com<br>eric.gortner@kirkland.com |

   I further certify that a copy of the foregoing Affidavit has been duly served upon the following counsel by First Class United States mail, postage prepaid, this 17th day of December, 2010:

| | |
|---|---|
| Gary A. Gotto<br>KELLER ROHRBACK P.L.C.<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ  85012<br>ggotto@kellerrohrback.com<br><br>Lynn Lincoln Sarko<br>Derek W. Loeser<br>Amy Williams-Derry<br>Elizabeth A. Leland<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA  98101<br>lsarko@kellerrohrback.com<br>dloeser@kellerrohrback.com<br>awilliams-derry@kellerrohrback.com<br>eleland@kellerrohrback.com | Richard H. Klapper<br>Theodore Edelman<br>Harsh N. Trivedi<br>Christopher J. Dunne<br>Rhiana L. Swartz<br>Jacob E. Cohen<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004 |
| William F. Sullivan<br>Howard M. Privette<br>John D. Durrant<br>D. Scott Carlton<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>515 S. Flower Street, 25th Floor<br>Los Angeles, CA  90071 | Adam S. Hakki<br>Daniel H.R. Laguardia<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY  10022<br>ahakki@shearman.com<br>daniel.laguardia@shearman.com<br><br>Stephen D. Hibbard<br>SHEARMAN & STERLING LLP<br>525 Market Street, Suite 1500<br>San Francisco, CA  94105<br>shibbard@shearman.com |

| | |
|---|---|
| Thomas C. Rice<br>Alan Turner<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY  10017 | Jay B. Kasner, *pro hac vice*<br>Christopher P. Malloy, *pro hac vice*<br>Scott D. Musoff<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY  10036 |
| Brad S. Karp<br>Charles E. Davidow<br>Susanna M. Buergel<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 | William C. Casano<br>Gilbert E. DeLorme<br>GREENSTEIN DELORME & LUCHS, P.C.<br>1620 L Street, NW, Suite 900<br>Washington, DC  20036 |
| Robert J. Kopecky<br>Daniel E. Laytin<br>Joshua Z. Rabinovitz<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL  60654-3406 | Scott H. Christensen<br>HUGHES HUBBARD & REED, LLP<br>1775 I Street N.W.<br>Washington, DC  20006-2401<br>christen@hugheshubbard.com |

                                    s/ Paul A. Wolfla
                                    Paul A. Wolfla (#24709-49)
                                    Baker & Daniels LLP
                                    300 N. Meridian Street, Suite 2700
                                    Indianapolis, IN  46204-1782
                                    (317) 237-0300
                                    (317) 237-1000 (fax)
                                    paul.wolfla@bakerd.com