UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

---------------------------------------------------------x
FEDERAL HOME LOAN BANK OF         : NO. 1:10-cv-01463-WTL-DML
INDIANAPOLIS,                      :
                                   : Removed from Marion Superior Court
            Plaintiff,             : Cause No. 49D05 10 10 PL 045071
                                   :
      v.                           :
                                   :
BANC OF AMERICA MORTGAGE           :
SECURITIES, INC., ET. AL.,         :
                                   :
            Defendants.            :
---------------------------------------------------------x

## DECLARATION IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to S.D. Ind. L.R. 83.5(c), John S. Durrant of Paul Hastings Janofsky & Walker, LLP, hereby submits the following certification:

John S. Durrant certifies that he will abide by the Seventh Circuit Standards of Professional Conduct.

Dated: December 17, 2010

Respectfully submitted,

_____
John S. Durrant
PAUL HASTINGS JANOFKSY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071
(213) 683-6000

Distribution[1]:

Jennifer Westerhaus Adams
BARNES & THORNBURG LLP
jennifer.adams@btlaw.com

Alan S. Brown
FROST BROWN TODD LLC
abrown@fbtlaw.com

Brian Eugene Casey
BARNES THORNBURG
brian.casey@btlaw.com

Scott H. Christensen
HUGHES HUBBARD & REED, LLP
christen@hugheshubbard.com

Richard W. Clary
CRAVATH SWAINE & MOORE, LLP
rclary@cravath.com

Hamish S. Cohen
BARNES & THORNBURG LLP
hamish.cohen@btlaw.com

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Jason R. Delk
DELK MCNALLY
delk@delkmcnally.com

Mark J. Dinsmore
BARNES & THORNBURG LLP
mark.dinsmore@btlaw.com

Jonathan P. Emenhiser
PLEWS SHADLEY RACHER & BRAUN
jemenhiser@psrb.com

Jason L. Fulk
HOOVER HULL LLP
jfulk@hooverhull.com

Eric T. Gortner
KIRKLAND & ELLIS, LLP
eric.gortner@kirkland.com

David J. Hensel
PENCE HENSEL LLC
dhensel@pencehensel.com

Andrew W. Hull
HOOVER HULL LLP
awhull@hooverhull.com

Karoline E. Jackson
BARNES & THORNBURG LLP
kjackson@btlaw.com

Briana Lynn Kovac
BINGHAM MCHALE LLP
bkovac@binghammchale.com

Ryan L. Leitch
RILEY BENNETT & EGLOFF LLP
rleitch@rbelaw.com

Sarah Tuohy MacGill
RILEY BENNETT & EGLOFF LLP
smacgill@rbelaw.com

Anna Muehling Mallon
CANTRELL, STRENSKI & MEHRINGER, LLP
amallon@csmlawfirm.com

Harmony A. Mappes
BAKER & DANIELS - Indianapolis
harmony.mappes@bakerd.com

Michael T. McNally
DELK MCNALLY
mcnally@delkmcnally.com

Linda L. Pence
PENCE HENSEL LLC
lpence@pencehensel.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

Michael T. Reynolds
CRAVATH SWAINE & MOORE, LLP
mreynolds@cravath.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com

Christopher G. Scanlon
BAKER & DANIELS - Indianapolis
chris.scanlon@bakerd.com

Brian D. Sieve
KIRKLAND & ELLIS, LLP
brian.sieve@kirkland.com

James P. Strenski
CANTRELL, STRENSKI & MEHRINGER, LLP
jstrenski@csmlawfirm.com

David O. Tittle
BINGHAM MCHALE LLP
dtittle@binghammchale.com

Paul A. Wolfla
BAKER & DANIELS - Indianapolis
paul.wolfla@bakerd.com

Judy L. Woods
BOSE MCKINNEY & EVANS, LLP
jwoods@boselaw.com