UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF INDIANAPOLIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BANC OF AMERICA MORTGAGE SECURITIES, INC., ET AL.,<br><br>　　　　　　Defendants. | No.  10-CV-1463 WTL-DML |

**ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND AND ENLARGE DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

　　　　This matter comes before the Court on the parties' Joint Motion to Set Briefing Schedule for Plaintiff's Motion to Remand and Enlarge Defendants' Time to Respond to Complaint.  The Court, having considered the motion, hereby GRANTS the Motion.

　　　　IT IS THEREFORE ORDERED that the parties' briefing schedule shall be as follows:

　　　　1.　　Plaintiff shall serve and file its Remand Motion on or before December 15, 2010.  Plaintiff's brief in support of the Remand Motion shall not exceed the thirty-five pages permitted by Local Rule 7.1.

　　　　2.　　Defendants shall serve and file a joint opposition to the Remand Motion on or before January 26, 2011.

　　　　3.　　The Wells Fargo Defendants[1] and UBS Securities LLC, shall serve and file a supplemental brief in opposition to the Remand Motion on or before January 26, 2011 on the issue of federal jurisdiction pursuant to 28 U.S.C. § 1334.

---

[1] The Wells Fargo Defendants are:  Wells Fargo & Company, Wells Fargo Asset Securities Corporation and Wells Fargo Bank, National Association.

4.    The combined length of any briefs filed in opposition to the Remand motion shall not exceed the thirty-five pages permitted by Local Rule 7.1.

5.    Plaintiff shall serve and file its reply memorandum in support of its Remand Motion on or before February 16, 2011, which memorandum shall not exceed the twenty pages permitted by Local Rule 7.1.

6.    Defendants shall not be required to answer or otherwise respond to the Complaint until after this Court enters an order on Plaintiff's Remand Motion. Following the entry of an order by this Court on Plaintiff's Remand Motion, the parties shall meet and confer and attempt to agree to a schedule for Defendants to answer or otherwise respond to the Complaint, and shall submit a joint motion and proposed order to the Court setting forth said schedule.

7.    The entry of this Order shall not result in a waiver by either Plaintiff or Defendants of any rights to seek from each other or the Court additional adjournments or extensions of the above deadlines; and the entry into this agreement and submission of this stipulation shall not waive, and the parties expressly preserve, all rights, claims and defenses, including, without limitation, all defenses relating to jurisdiction, venue and arbitrability.

8.    The court further stays this matter pending its ruling on the motion to remand.


DATED: 12/22/2010                          _____
                                           Debra McVicker Lynch
                                           United States Magistrate Judge
                                           Southern District of Indiana

Distribution[1]:

Jennifer Westerhaus Adams
BARNES & THORNBURG LLP
jennifer.adams@btlaw.com

Alan S. Brown
FROST BROWN TODD LLC
abrown@fbtlaw.com

Brian Eugene Casey
BARNES THORNBURG
brian.casey@btlaw.com

Scott H. Christensen
HUGHES HUBBARD & REED, LLP
christen@hugheshubbard.com

Richard W. Clary
CRAVATH SWAINE & MOORE, LLP
rclary@cravath.com

Hamish S. Cohen
BARNES & THORNBURG LLP
hamish.cohen@btlaw.com

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Jason R. Delk
DELK MCNALLY
delk@delkmcnally.com

Jonathan P. Emenhiser
PLEWS SHADLEY RACHER & BRAUN
jemenhiser@psrb.com

Jason L. Fulk
HOOVER HULL LLP
jfulk@hooverhull.com

Eric T. Gortner
KIRKLAND & ELLIS, LLP
eric.gortner@kirkland.com

Adam S. Hakki
SHEARMAN & STERLING, LLP
ahakki@shearman.com

David J. Hensel
PENCE HENSEL LLC
dhensel@pencehensel.com

Andrew W. Hull
HOOVER HULL LLP
awhull@hooverhull.com

Karoline E. Jackson
BARNES & THORNBURG LLP
kjackson@btlaw.com

Briana Lynn Kovac
BINGHAM MCHALE LLP
bkovac@binghammchale.com

---

[1] Please note that the court will not mail copies of this entry to those attorneys of record who have not provided their email address to the court. As of September 1, 2004, the failure to register for the court's electronic filing system constitutes a violation of Local Rule 5.7(b). It is the responsibility of co-counsel who are registered to ensure that the entry is distributed to all non-registered counsel, and registered co-counsel also should urge all counsel to comply with the local rule and register to use the court's electronic filing system so that they may receive notice of future entries from the court by email. Information on how to register may be found on the court's website at http://www.insd.uscourts.gov/ecf.

Daniel H.R. Laguardia
SHEARMAN & STERLING, LLP
dlaguardia@shearman.com

Ryan L. Leitch
RILEY BENNETT & EGLOFF LLP
rleitch@rbelaw.com

Sarah Tuohy MacGill
RILEY BENNETT & EGLOFF LLP
smacgill@rbelaw.com

Anna Muehling Mallon
CANTRELL, STRENSKI & MEHRINGER, LLP
amallon@csmlawfirm.com

Harmony A. Mappes
BAKER & DANIELS - Indianapolis
harmony.mappes@bakerd.com

Michael T. McNally
DELK MCNALLY
mcnally@delkmcnally.com

Linda L. Pence
PENCE HENSEL LLC
lpence@pencehensel.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

Michael T. Reynolds
CRAVATH SWAINE & MOORE, LLP
mreynolds@cravath.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com

Christopher G. Scanlon
BAKER & DANIELS - Indianapolis
chris.scanlon@bakerd.com

Brian D. Sieve
KIRKLAND & ELLIS, LLP
brian.sieve@kirkland.com

James P. Strenski
CANTRELL, STRENSKI & MEHRINGER, LLP
jstrenski@csmlawfirm.com

David O. Tittle
BINGHAM MCHALE LLP
dtittle@binghammchale.com

Paul A. Wolfla
BAKER & DANIELS - Indianapolis
paul.wolfla@bakerd.com

Judy L. Woods
BOSE MCKINNEY & EVANS, LLP
jwoods@boselaw.com