# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

```
------------------------------------------------------x
FEDERAL HOME LOAN BANK OF          :    NO. 1:10-cv-001463-WTL-DML
INDIANAPOLIS,                      :
                                   :    (Marion Superior Court Cause No.
                   Plaintiff,      :    49D05 10 10 PL 045071)
            v.                     :
                                   :
BANC OF AMERICA MORTGAGE           :
SECURITIES, INC., ET. AL.,         :
                                   :
                   Defendants.     :
                                   :
------------------------------------------------------x
```

## CORRECTION TO JOINDER OF WELLS FARGO IN NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Wells Fargo & Company, Wells Fargo Asset Securities Corporation, Wells Fargo Bank, National Association (collectively, "Wells Fargo") submits the following correction to its Joinder in Notice of Removal filed on November 15, 2010, Docket No. 10 (the "Joinder").

1.      Through unintentional oversight, the Joinder did not include the procedural statement required by Bankruptcy Rule 9027(a)(1).

2.      Wells Fargo therefore provides the following paragraph 3 to its Joinder:

3.      "3.      The claims asserted against Wells Fargo are non-core, within the meaning of 28 U.S.C. § 157(b), and Wells Fargo does not consent to entry of final orders or judgment by the bankruptcy judge."

Dated this 23nd day of December 2010

Respectfully submitted,

s/ Karoline E. Jackson

12245974.1

Karoline E. Jackson
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
karoline.jackson@btlaw.com
Tel:  (317) 236-1313
Fax:  (317) 231-7433

OF COUNSEL
PRO HAC VICE APPLICATIONS PENDING
MUNGER, TOLLES & OLSON LLP

George M. Garvey
Michael J. Mongan
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
george.garvey@mto.com
michael.mongan@mto.com
Tel:  (213) 683-9100
Fax:  (213) 683-5153

*Counsel for Wells Fargo & Company, Wells
Fargo Asset Securities Corporation, Wells Fargo
Bank, National Association*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 23nd day of December, 2010, a true and complete copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| James P. Strenski<br>Anna M. Mallon<br>Cantrell, Strenski & Mehringer, LLP<br>2400 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204<br>Tel:  (317) 352-3500<br>Fax:  (317) 352-3501<br>jstrenski@csmlawfirm.com<br>amallon@csmlawfirm.com<br><br>*Counsel for Plaintiff* | Brian E. Casey<br>BARNES & THORNBURG LLP<br>600 1st Source Bank Center<br>100 North Michigan<br>South Bend, Indiana 46601<br>Tel: (574) 237-1285<br>Fax: (574) 237-1125<br>brian.casey@btlaw.com<br><br>Hamish S. Cohen<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>Tel:  (317) 236-1313<br>Fax:  (317) 231-7433<br>hamish.cohen@btlaw.com<br><br>*Counsel for Defendants Goldman, Sachs &*<br>*Co., GS Mortgage Securities Corp., Goldman*<br>*Sachs Mortgage Company and The Goldman*<br>*Sachs Group, Inc.* |
| Judy L. Woods<br>BOSE MCKINNEY & EVANS<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204<br>Tel:  (317) 684-5000<br>Fax:  (317) 684-5173<br>jwoods@boselaw.com<br><br>*Counsel for Defendants Countrywide*<br>*Financial Corporation and CWMBS, Inc.* | Linda L.  Pence<br>David J. Hensel<br>PENCE HENSEL LLC<br>135 N. Pennsylvania Street<br>Suite 1600<br>Indianapolis, IN 46204<br>Tel:  (317) 833-1111<br>Fax:  (317) 833-1199<br>lpence@pencehensel.com<br>dhensel@pencehensel.com<br><br>*Counsel for Defendant First Savings Mortgage*<br>*Corporation* |
| Christopher G. Scanlon<br>Paul A. Wolfla<br>Harmony A. Mappes<br>BAKER & DANIELS LLP | Andrew W. Hull<br>Jason L. Fulk<br>HOOVER HULL LLP<br>111 Monument Circle, Suite 4400 |

| | |
|---|---|
| 300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 237-1241<br>chris.scanlon@bakerd.com<br>paul.wolfla@bakerd.com<br>harmony.mappes@bakerd.com<br><br>*Counsel for Defendants J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., JPMorgan Securities Holdings LLC, JPMorgan Chase & Co., Chase Mortgage Finance Corporation, The Bear Stearns Companies LLC, f/k/a The Bear Stearns Companies, Inc., Bear, Stearns & Co. Inc., Structured Asset Mortgage Investments II Inc., WaMu Asset Acceptance Corp. and WaMu Capital Corp.* | P.O. Box 44989<br>Indianapolis, IN 46244-0989<br>Tel.: (317) 822-4400<br>Fax: (317) 822-0234<br>ahull@hooverhull.com<br>jfulk@hooverhull.com<br><br>Richard W. Clary<br>Michael T. Reynolds<br>Worldwide Plaza<br>825 Eighth Avenue<br>CRAVATH, SWAINE & MOORE LLP<br>New York, N.Y. 10019-7475<br>Tel: (212) 474-1000<br>Fax: (212) 474-3700<br>rclary@cravath.com<br>mreynolds@cravath.com<br><br>*Counsel for Defendants Credit Suisse First Boston Mortgage Securities Corp.; Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC; Credit Suisse Holdings (USA), Inc.; Credit Suisse (USA), Inc.* |
| Ryan L. Leitch<br>Sarah MacGill<br>RILEY BENNETT & EGLOFF, LLP<br>141 E. Washington St., Fourth Floor<br>Indianapolis, IN 46204<br>Tel.: (317) 636-8000<br>Fax: (317) 636-8072<br>rleitch@rbelaw.com<br>smacgill@rbelaw.com<br><br>*Counsel for Defendants Ally Financial f/k/a GMAC, Inc., GMAC Mortgage Group LLC f/k/a GMAC Mortgage Group, Inc., Residential Funding Mortgage Securities I, Inc. and Residential Funding Securities, LLC; Counsel for First Tennessee Bank National Association and First Horizon Asset Securities, Inc.* | Brian Sieve<br>Eric Gortner<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654-3406<br>Tel:  (312) 862-2000<br>Fax: (312) 862-2200<br>brian.sieve@kirkland.com<br>eric.gortner@kirkland.com<br><br>*Counsel for Defendants First Tennessee Bank National Association and First Horizon Asset Securities, Inc.* |
| David O. Tittle<br>Briana L. Kovac<br>BINGHAM MCHALE LLP<br>2700 Market Tower | Alan S. Brown<br>Thomas E. Satrom<br>FROST BROWN TODD LLC<br>201 North Illinois Street, Suite 1900 |

| | |
|---|---|
| 10 West Market Street<br>Indianapolis, IN 46204-4900<br>Tel: (317) 635-8900<br>dtittle@binghammchale.com<br>bkovac@binghammchale.com<br><br>*Counsel for Defendants RBS Securities Inc.,*<br>*f/k/a Greenwich Capital Markets, Inc.* | P.O. Box 44961<br>Indianapolis, IN 46244-0961<br>Tel: 317-237-3800<br>Fax: 317-237-3900<br>abrown@fbtlaw.com<br>tsatrom@fbtlaw.com<br><br>*Counsel for Banc of America Mortgage*<br>*Securities, Inc., Banc of America Securities,*<br>*LLC and Bank of America Corporation* |
| Jason R. Delk<br>Michael T. McNally<br>DELK MCNALLY LLP<br>421 South Walnut , Suite 200<br>Muncie, IN 47305<br>Tel: (765) 896-9495<br>Fax: (888) 453-0545<br>delk@delkmcnally.com<br>mcnally@delkmcnally.com<br><br>*Counsel for Defendant Citigroup Global*<br>*Markets Inc.* | Anne N. DePrez<br>Jennifer Westerhaus Adams<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>Tel: (317) 236-1313<br>Fax: (317) 231-7433<br>anne.deprez@btlaw.com<br>jennifer.adams@btlaw.com<br><br>*Counsel for Defendant UBS Securities LLC* |
| George M. Plews<br>Jonathan P. Emenhiser<br>PLEWS SHADLEY RACHER & BRAUN<br>1346 North Delaware Street<br>Indianapolis, IN  46202<br>Tel: (317) 637-0700<br>Fax: (317) 637-0710<br>gplews@psrb.com<br>jemenhiser@psrb.com<br><br>*Counsel for Defendant Indymac MBS, Inc.* | Adam S. Hakki<br>Daniel H.R. Laguardia<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY  10028<br><br>*Counsel for Defendants Countrywide*<br>*Financial Corporation and CWMBS, Inc.* |
| Scott H. Christensen<br>HUGHES HUBBARD & REED, LLP<br>1775 I Street, NW<br>Washington, DC  20006-2401<br>Tel: (202) 721-4600<br>Fax: (202) 721-4646<br><br>*Counsel for Defendant Indymac MBS, Inc.* | |

The undersigned further certifies on the 23nd day of December, 2010, a true and complete copy of the foregoing has been served upon the following, by depositing the same in the United States mail, first class postage prepaid.

| | |
|---|---|
| Lynn Lincoln Sarko<br>Derek W. Loeser<br>Amy Williams-Derry<br>Elizabeth A. Leland<br>Keller Rohrback L.L.P.<br>1201 Third Ave., Suite 3200<br>Seattle, WA 98101<br>Tel:  (206) 623-1900<br>Fax:  (206) 623-3384<br><br>Garry A. Gotto<br>Keller Rohrback P.L.C.<br>3101 North Central Ave, Suite 1400<br>Phoenix, AZ 85012<br>Tel:  (602) 248-0088<br>Fax:  (602) 248-2822<br><br>*Counsel for Plaintiffs* | Richard H. Klapper<br>Theodore Edelman<br>Harsh N. Trivedi<br>Christopher J. Dunne<br>Rhiana L. Swartz<br>Jacob E. Cohen<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br>Tel:  (212) 558-4000<br>Fax:  (212) 558-3588<br><br>*Counsel for Defendants*<br>*Goldman, Sachs & Co., GS Mortgage*<br>*Securities Corp., Goldman Sachs Mortgage*<br>*Company and The Goldman Sachs Group, Inc.* |
| A. Robert Pietrzak<br>Dorothy J. Spenner<br>Owen H. Smith<br>Tom A. Paskowitz<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel:  (212) 839-5300<br>Fax:  (212) 839-5599<br><br>*Counsel for Defendants J.P. Morgan*<br>*Acceptance Corporation I, J.P. Morgan*<br>*Securities Inc., JPMorgan Securities Holdings*<br>*LLC, JPMorgan Chase & Co., Chase*<br>*Mortgage Finance Corporation, The Bear*<br>*Stearns Companies LLC, f/k/a The Bear*<br>*Stearns Companies, Inc., Bear, Stearns & Co.*<br>*Inc., Structured Asset Mortgage Investments II*<br>*Inc., WaMu Asset Acceptance Corp. and*<br>*WaMu Capital Corp* | Adam S. Hakki<br>Daniel H.R. Laguardia<br>Stephen D. Hibbard<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY  10028<br>Tel:  (212) 848-4000<br>Fax:  (212) 848-7179<br><br>*Counsel for Defendants Countrywide*<br>*Financial Corporation and CWMBS, Inc.* |

| | |
|---|---|
| William C. Casano<br>Gilbert E. DeLorme<br>GREENSTEIN DELORME & LUCHS, P.C.<br>1620 L Street, NW, Suite 900<br>Washington, DC 20036<br>Tel: (202) 452-1400<br>Fax: (202) 452-1410<br><br>*Counsel for Defendant First Savings Mortgage*<br>*Corporation* | Thomas C. Rice<br>Alan Turner<br>Jason R. Meltzer<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-2000<br>Fax: (212) 455-2502<br><br>*Counsel for Defendants RBS Securities Inc.,*<br>*f/k/a Greenwich Capital Markets, Inc.* |
| Robert J. Kopecky<br>Daniel E. Laytin<br>Joshua Z. Rabinovitz<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654-3406<br>Tel: (312) 862-2000<br>Fax: (312) 862-2200<br><br>*Counsel for Defendants Ally Financial f/k/a*<br>*GMAC, Inc., GMAC Mortgage Group LLC*<br>*f/k/a GMAC Mortgage Group, Inc., Residential*<br>*Funding Mortgage Securities I, Inc. and*<br>*Residential Funding Securities, LLC* | Jay B. Kasner<br>Christopher P. Malloy<br>Scott D. Musoff<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br><br>*Counsel for Banc of America Mortgage*<br>*Securities, Inc., Banc of America Securities,*<br>*LLC and Bank of America Corporation* |
| Brad S. Karp<br>Charles E. Davidow<br>Susanna M. Buergel<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Tel: (212) 373-3000<br>Fax: (212) 492-0553<br><br>*Counsel for Defendant Citigroup Global*<br>*Markets Inc.* | William F. Sullivan<br>Howard M. Privette<br>John D. Durrant<br>D. Scott Carlton<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>515 S. Flower Street, 25th Floor<br>Los Angeles, California 90071<br>Tel: (213) 683-6000<br>Fax: (212) 996-3113<br><br>*Counsel for Defendant*<br>*UBS Securities LLC* |

/s/ Karoline E. Jackson
Karoline E. Jackson

INDS02 KEJ 1145367v1