UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

---------------------------------------------------------x
FEDERAL HOME LOAN BANK OF : NO. 1:10-cv-001463-WTL-DML
INDIANAPOLIS, :
: (Marion Superior Court Cause No.
          Plaintiff, : 49D05 10 10 PL 045071)
    v. :
:
BANC OF AMERICA MORTGAGE :
SECURITIES, INC., ET. AL., :
:
          Defendants. :
---------------------------------------------------------x

## DECLARATION OF GEORGE GARVEY IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to S.D. Ind. L.R.83.5(c), George M. Garvey of Munger, Tolles & Olson LLP hereby submits the following certification:

George M. Garvey certifies that he will abide by the Seventh Circuit Standards of Professional Conduct.

Dated this 23 day of December 2010

                                      Respectfully submitted,

                                      _____
                                      George M. Garvey
                                      MUNGER, TOLLES & OLSON LLP
                                      355 South Grand Avenue, 35th Floor
                                      Los Angeles, CA 90071-1560
                                      george.garvey@mto.com
                                      Tel: (213) 683-9100
                                      Fax: (213) 683-5153

                                      *Counsel for Wells Fargo & Company, Wells*
                                      *Fargo Asset Securities Corporation, Wells Fargo*
                                      *Bank, National Association*

12245974.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 23rd day of December, 2010, a true and complete copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| James P. Strenski<br>Anna M. Mallon<br>Cantrell, Strenski & Mehringer, LLP<br>2400 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204<br>Tel: (317) 352-3500<br>Fax: (317) 352-3501<br>jstrenski@csmlawfirm.com<br>amallon@csmlawfirm.com<br><br>*Counsel for Plaintiff* | Brian E. Casey<br>BARNES & THORNBURG LLP<br>600 1st Source Bank Center<br>100 North Michigan<br>South Bend, Indiana 46601<br>Tel: (574) 237-1285<br>Fax: (574) 237-1125<br>brian.casey@btlaw.com<br><br>Hamish S. Cohen<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>Tel: (317) 236-1313<br>Fax: (317) 231-7433<br>hamish.cohen@btlaw.com<br><br>*Counsel for Defendants Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company and The Goldman Sachs Group, Inc.* |
| Judy L. Woods<br>BOSE MCKINNEY & EVANS<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 684-5000<br>Fax: (317) 684-5173<br>jwoods@boselaw.com<br><br>*Counsel for Defendants Countrywide Financial Corporation and CWMBS, Inc.* | Linda L. Pence<br>David J. Hensel<br>PENCE HENSEL LLC<br>135 N. Pennsylvania Street<br>Suite 1600<br>Indianapolis, IN 46204<br>Tel: (317) 833-1111<br>Fax: (317) 833-1199<br>lpence@pencehensel.com<br>dhensel@pencehensel.com<br><br>*Counsel for Defendant First Savings Mortgage Corporation* |
| Christopher G. Scanlon<br>Paul A. Wolfla<br>Harmony A. Mappes<br>BAKER & DANIELS LLP | Andrew W. Hull<br>Jason L. Fulk<br>HOOVER HULL LLP<br>111 Monument Circle, Suite 4400 |

| | |
|---|---|
| 300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 237-1241<br>chris.scanlon@bakerd.com<br>paul.wolfla@bakerd.com<br>harmony.mappes@bakerd.com<br><br>*Counsel for Defendants J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., JPMorgan Securities Holdings LLC, JPMorgan Chase & Co., Chase Mortgage Finance Corporation, The Bear Stearns Companies LLC, f/k/a The Bear Stearns Companies, Inc., Bear, Stearns & Co. Inc., Structured Asset Mortgage Investments II Inc., WaMu Asset Acceptance Corp. and WaMu Capital Corp.* | P.O. Box 44989<br>Indianapolis, IN 46244-0989<br>Tel.: (317) 822-4400<br>Fax: (317) 822-0234<br>ahull@hooverhull.com<br>jfulk@hooverhull.com<br><br>Richard W. Clary<br>Michael T. Reynolds<br>Worldwide Plaza<br>825 Eighth Avenue<br>CRAVATH, SWAINE & MOORE LLP<br>New York, N.Y. 10019-7475<br>Tel: (212) 474-1000<br>Fax: (212) 474-3700<br>rclary@cravath.com<br>mreynolds@cravath.com<br><br>*Counsel for Defendants Credit Suisse First Boston Mortgage Securities Corp.; Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC; Credit Suisse Holdings (USA), Inc.; Credit Suisse (USA), Inc.* |
| Ryan L. Leitch<br>Sarah MacGill<br>RILEY BENNETT & EGLOFF, LLP<br>141 E. Washington St., Fourth Floor<br>Indianapolis, IN 46204<br>Tel.: (317) 636-8000<br>Fax: (317) 636-8072<br>rleitch@rbelaw.com<br>smacgill@rbelaw.com<br><br>*Counsel for Defendants Ally Financial f/k/a GMAC, Inc., GMAC Mortgage Group LLC f/k/a GMAC Mortgage Group, Inc., Residential Funding Mortgage Securities I, Inc. and Residential Funding Securities, LLC; Counsel for First Tennessee Bank National Association and First Horizon Asset Securities, Inc.* | Brian Sieve<br>Eric Gortner<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654-3406<br>Tel:  (312) 862-2000<br>Fax:  (312) 862-2200<br>brian.sieve@kirkland.com<br>eric.gortner@kirkland.com<br><br>*Counsel for Defendants First Tennessee Bank National Association and First Horizon Asset Securities, Inc.* |
| David O. Tittle<br>Briana L. Kovac<br>BINGHAM MCHALE LLP<br>2700 Market Tower | Alan S. Brown<br>Thomas E. Satrom<br>FROST BROWN TODD LLC<br>201 North Illinois Street, Suite 1900 |

| | |
|---|---|
| 10 West Market Street<br>Indianapolis, IN 46204-4900<br>Tel: (317) 635-8900<br>dtittle@binghammchale.com<br>bkovac@binghammchale.com<br><br>*Counsel for Defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc.* | P.O. Box 44961<br>Indianapolis, IN 46244-0961<br>Tel: 317-237-3800<br>Fax: 317-237-3900<br>abrown@fbtlaw.com<br>tsatrom@fbtlaw.com<br><br>*Counsel for Banc of America Mortgage Securities, Inc., Banc of America Securities, LLC and Bank of America Corporation* |
| Jason R. Delk<br>Michael T. McNally<br>DELK MCNALLY LLP<br>421 South Walnut , Suite 200<br>Muncie, IN 47305<br>Tel: (765) 896-9495<br>Fax: (888) 453-0545<br>delk@delkmcnally.com<br>mcnally@delkmcnally.com<br><br>*Counsel for Defendant Citigroup Global Markets Inc.* | Anne N. DePrez<br>Jennifer Westerhaus Adams<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>Tel: (317) 236-1313<br>Fax: (317) 231-7433<br>anne.deprez@btlaw.com<br>jennifer.adams@btlaw.com<br><br>*Counsel for Defendant UBS Securities LLC* |
| George M. Plews<br>Jonathan P. Emenhiser<br>PLEWS SHADLEY RACHER & BRAUN<br>1346 North Delaware Street<br>Indianapolis, IN 46202<br>Tel: (317) 637-0700<br>Fax: (317) 637-0710<br>gplews@psrb.com<br>jemenhiser@psrb.com<br><br>*Counsel for Defendant Indymac MBS, Inc.* | Adam S. Hakki<br>Daniel H.R. Laguardia<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10028<br><br>*Counsel for Defendants Countrywide Financial Corporation and CWMBS, Inc.* |
| Scott H. Christensen<br>HUGHES HUBBARD & REED, LLP<br>1775 I Street, NW<br>Washington, DC 20006-2401<br>Tel: (202) 721-4600<br>Fax: (202) 721-4646<br><br>*Counsel for Defendant Indymac MBS, Inc.* | |

The undersigned further certifies on the 22nd day of December, 2010, a true and complete copy of the foregoing has been served upon the following, by depositing the same in the United States mail, first class postage prepaid.

| | |
|---|---|
| Lynn Lincoln Sarko<br>Derek W. Loeser<br>Amy Williams-Derry<br>Elizabeth A. Leland<br>Keller Rohrback L.L.P.<br>1201 Third Ave., Suite 3200<br>Seattle, WA 98101<br>Tel: (206) 623-1900<br>Fax: (206) 623-3384<br><br>Garry A. Gotto<br>Keller Rohrback P.L.C.<br>3101 North Central Ave, Suite 1400<br>Phoenix, AZ 85012<br>Tel: (602) 248-0088<br>Fax: (602) 248-2822<br><br>*Counsel for Plaintiffs* | Richard H. Klapper<br>Theodore Edelman<br>Harsh N. Trivedi<br>Christopher J. Dunne<br>Rhiana L. Swartz<br>Jacob E. Cohen<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: (212) 558-4000<br>Fax: (212) 558-3588<br><br>*Counsel for Defendants Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company and The Goldman Sachs Group, Inc.* |
| A. Robert Pietrzak<br>Dorothy J. Spenner<br>Owen H. Smith<br>Tom A. Paskowitz<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br><br>*Counsel for Defendants J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., JPMorgan Securities Holdings LLC, JPMorgan Chase & Co., Chase Mortgage Finance Corporation, The Bear Stearns Companies LLC, f/k/a The Bear Stearns Companies, Inc., Bear, Stearns & Co. Inc., Structured Asset Mortgage Investments II Inc., WaMu Asset Acceptance Corp. and WaMu Capital Corp* | Adam S. Hakki<br>Daniel H.R. Laguardia<br>Stephen D. Hibbard<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10028<br>Tel: (212) 848-4000<br>Fax: (212) 848-7179<br><br>*Counsel for Defendants Countrywide Financial Corporation and CWMBS, Inc.* |

| | |
|---|---|
| William C. Casano<br>Gilbert E. DeLorme<br>GREENSTEIN DELORME & LUCHS, P.C.<br>1620 L Street, NW, Suite 900<br>Washington, DC 20036<br>Tel: (202) 452-1400<br>Fax: (202) 452-1410<br><br>*Counsel for Defendant First Savings Mortgage Corporation* | Thomas C. Rice<br>Alan Turner<br>Jason R. Meltzer<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-2000<br>Fax: (212) 455-2502<br><br>*Counsel for Defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc.* |
| Robert J. Kopecky<br>Daniel E. Laytin<br>Joshua Z. Rabinovitz<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654-3406<br>Tel: (312) 862-2000<br>Fax: (312) 862-2200<br><br>*Counsel for Defendants Ally Financial f/k/a GMAC, Inc., GMAC Mortgage Group LLC f/k/a GMAC Mortgage Group, Inc., Residential Funding Mortgage Securities I, Inc. and Residential Funding Securities, LLC* | Jay B. Kasner<br>Christopher P. Malloy<br>Scott D. Musoff<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br><br>*Counsel for Banc of America Mortgage Securities, Inc., Banc of America Securities, LLC and Bank of America Corporation* |
| Brad S. Karp<br>Charles E. Davidow<br>Susanna M. Buergel<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Tel: (212) 373-3000<br>Fax: (212) 492-0553<br><br>*Counsel for Defendant Citigroup Global Markets Inc.* | William F. Sullivan<br>Howard M. Privette<br>John D. Durrant<br>D. Scott Carlton<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>515 S. Flower Street, 25th Floor<br>Los Angeles, California 90071<br>Tel: (213) 683-6000<br>Fax: (212) 996-3113<br><br>*Counsel for Defendant UBS Securities LLC* |

/s/ Karoline E. Jackson
Karoline E. Jackson

INDS02 KEJ 1145367v1