UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF INDIANAPOLIS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:10-cv-001463-WTL-DML ) |
| BANC OF AMERICA MORTGAGE SECURITIES, INC., et al., | ) ) ) ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF**
**COUNTRYWIDE FINANCIAL CORPORATION AND CWMBS, INC.**

Defendants Countrywide Financial Corporation and CWMBS, Inc., by counsel, provide the following disclosures, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.2:

1. Defendant Countrywide Financial Corporation is a wholly-owned subsidiary of Defendant Bank of America Corporation ("BAC"). No publicly-held corporation other than BAC owns 10% or more of Countrywide Financial Corporation's shares. BAC is a publicly held company whose shares are traded on the New York Stock Exchange.

2. BAC is the ultimate parent company of Defendant CWMBS, Inc. Defendant CWMBS, Inc. is a wholly-owned subsidiary of Countrywide Financial Corporation, which is a wholly-owned subsidiary of BAC. No publicly-held corporation owns 10% or more of the shares of Defendant CWMBS, Inc. or Countrywide Financial Corporation.

Dated:    December 27, 2010                BOSE MCKINNEY & EVANS LLP

                                                      By:     /s/ Judy L. Woods
                                                                     Judy L. Woods
                                                                     111 Monument Circle, Suite 2700
                                                                     Indianapolis, IN 42604
                                                                     Telephone: (317) 684-5000
                                                                     Facsimile: (317) 684-5173

                                                                   *Attorney for Defendants*
                                                                    *Countrywide Financial Corporation and*
                                                                    *CWMBS, Inc.*

                                                                   SHEARMAN & STERLING LLP

                                                                   Adam S. Hakki
                                                                   Stephen D. Hibbard
                                                                   Daniel H.R. Laguardia
                                                                   599 Lexington Avenue
                                                                   New York, NY 10022
                                                                   Telephone: (212) 848-4000
                                                                   Facsimile: (212) 848-7179

                                                                   *Of Counsel*
                                                                   *Pro Hac Vice Applications Forthcoming*

## CERTIFICATE OF SERVICE

     I hereby certify that on December 27, 2010, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| Anna Muehling Mallon<br>James P. Strenski<br>CANTRELL, STRENSKI & MEHRINGER, LLP<br>jstrenski@csmlawfirm.com<br>amallon@csmlawfirm.com<br>*Counsel for Plaintiff,*<br>*Federal Home Loan Bank of Indianapolis* | Andrew W. Hull<br>Jason L. Fulk<br>HOOVER HULL LLP<br>awhull@hooverhull.com<br>jfulk@hooverhull.com<br>*Counsel for Defendants,*<br>*Credit Suisse Securities (USA) LLC*<br>**formerly known as**<br>*Credit Suisse First Boston LLC,*<br>*Credit Suisse Holdings (USA), Inc., and*<br>*Credit Suisse (USA), Inc.* |

| | |
|---|---|
| Alan S. Brown<br>Thomas E. Satrom<br>FROST BROWN TODD LLC<br>abrown@fbtlaw.com<br>tsatrom@fbtlaw.com<br>*Counsel for Defendants,*<br>*Banc of America Mortgage Securities, Inc.,*<br>*Banc of America Securities, LLC, and*<br>*Bank of America Corporation* | Ryan L. Leitch<br>Sarah t. MacGill<br>RILEY BENNETT & EGLOFF, LLP<br>rleitch@rbelaw.com<br>smacgill@rbelaw.com<br>*Counsel for Defendants,*<br>*First Horizon Asset Securities, Inc.,*<br>*First Tennessee Bank National Association,*<br>*Residential Funding Mortgage Securities I, Inc.,*<br>*Residential Funding Securities, LLC,*<br>*GMAC Mortgage Group LLC*<br>*formerly known as*<br>*GMAC Mortgage Group, Inc., and*<br>*Ally Financial,*<br>*formerly known as*<br>*GMAC, Inc.*<br><br>***Of Counsel:***<br>Eric T. Gortner<br>KIRKLAND & ELLIS LLP<br>eric.gortner@kirkland.com |

                                                  /s/ Judy L. Woods
                                                  Judy L. Woods

1799981/23012.1