# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA

```
--------------------------------------------------x
FEDERAL HOME LOAN BANK OF        :   NO. 1:10-cv-001463-WTL-DML
INDIANAPOLIS,                    :
                                 :   (Marion Superior Court Cause No.
                Plaintiff,       :   49D05 10 10 PL 045071)
                                 :
           v.                    :
                                 :
                                 :
BANC OF AMERICA MORTGAGE         :
SECURITIES, INC., ET. AL.,       :
                                 :
                Defendants.      :
                                 :
--------------------------------------------------x
```

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF GEORGE M. GARVEY AND MICHAEL J. MONGAN

This matter came before the Court on the motion of Defendants Wells Fargo & Company, Wells Fargo Asset Securities Corporation, Wells Fargo Bank, National Association (collectively, "Wells Fargo") for the admission pro hac vice of George M. Garvey and Michael J. Mongan.  Being duly advised, the court now GRANTS the motion.  IT IS HEREBY ORDERED that George M. Garvey and Michael J. Mongan shall be admitted to appear pro hac vice as counsel for Wells Fargo.


Dated: ___12/27/2010_____

                                           Debra McVicker Lynch
                                           United States Magistrate Judge
                                           Southern District of Indiana


Distribution:  All counsel of record

Distribution[1]:

Jennifer Westerhaus Adams
BARNES & THORNBURG LLP
jennifer.adams@btlaw.com

Alan S. Brown
FROST BROWN TODD LLC
abrown@fbtlaw.com

Brian Eugene Casey
BARNES THORNBURG
brian.casey@btlaw.com

Scott H. Christensen
HUGHES HUBBARD & REED, LLP
christen@hugheshubbard.com

Richard W. Clary
CRAVATH SWAINE & MOORE, LLP
rclary@cravath.com

Hamish S. Cohen
BARNES & THORNBURG LLP
hamish.cohen@btlaw.com

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Jason R. Delk
DELK MCNALLY
delk@delkmcnally.com

Jonathan P. Emenhiser
PLEWS SHADLEY RACHER & BRAUN
jemenhiser@psrb.com

Jason L. Fulk
HOOVER HULL LLP
jfulk@hooverhull.com

Eric T. Gortner
KIRKLAND & ELLIS, LLP
eric.gortner@kirkland.com

Adam S. Hakki
SHEARMAN & STERLING, LLP
ahakki@shearman.com

David J. Hensel
PENCE HENSEL LLC
dhensel@pencehensel.com

Andrew W. Hull
HOOVER HULL LLP
awhull@hooverhull.com

Karoline E. Jackson
BARNES & THORNBURG LLP
kjackson@btlaw.com

Briana Lynn Kovac
BINGHAM MCHALE LLP
bkovac@binghammchale.com

---

[1] Please note that the court will not mail copies of this entry to those attorneys of record who have not provided their email address to the court. As of September 1, 2004, the failure to register for the court's electronic filing system constitutes a violation of Local Rule 5.7(b). It is the responsibility of co-counsel who are registered to ensure that the entry is distributed to all non-registered counsel, and registered co-counsel also should urge all counsel to comply with the local rule and register to use the court's electronic filing system so that they may receive notice of future entries from the court by email. Information on how to register may be found on the court's website at http://www.insd.uscourts.gov/ecf.

Daniel H.R. Laguardia
SHEARMAN & STERLING, LLP
dlaguardia@shearman.com

Ryan L. Leitch
RILEY BENNETT & EGLOFF LLP
rleitch@rbelaw.com

Sarah Tuohy MacGill
RILEY BENNETT & EGLOFF LLP
smacgill@rbelaw.com

Anna Muehling Mallon
CANTRELL, STRENSKI & MEHRINGER,
LLP
amallon@csmlawfirm.com

Harmony A. Mappes
BAKER & DANIELS - Indianapolis
harmony.mappes@bakerd.com

Michael T. McNally
DELK MCNALLY
mcnally@delkmcnally.com

Linda L. Pence
PENCE HENSEL LLC
lpence@pencehensel.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

Michael T. Reynolds
CRAVATH SWAINE & MOORE, LLP
mreynolds@cravath.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com

Christopher G. Scanlon
BAKER & DANIELS - Indianapolis
chris.scanlon@bakerd.com

Brian D. Sieve
KIRKLAND & ELLIS, LLP
brian.sieve@kirkland.com

James P. Strenski
CANTRELL, STRENSKI & MEHRINGER,
LLP
jstrenski@csmlawfirm.com

David O. Tittle
BINGHAM MCHALE LLP
dtittle@binghammchale.com

Paul A. Wolfla
BAKER & DANIELS - Indianapolis
paul.wolfla@bakerd.com

Judy L. Woods
BOSE MCKINNEY & EVANS, LLP
jwoods@boselaw.com