AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Federal Home Loan Bank of Indianapolis | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   10-CV-1463 WTL-DML |
| Banc of America Mortgage Securities, Inc. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ally Financial, Inc. f/k/a GMAC, Inc., GMAC Mortgage Group LLC, f/k/a GMAC Mortgage Group, Inc., Residential Funding Mortgage Securities I, Inc. and Residential Funding Securities, LLC

Date: 01/20/2011

s/ Thomas P. Cimino, Jr.
*Attorney's signature*

Thomas P. Cimino, Jr. - 06195940
*Printed name and bar number*

222 N. LaSalle Street, Suite 2600
Chicago, IL  60601

*Address*

tcimino@vedderprice.com
*E-mail address*

(312) 609-7500
*Telephone number*

(312) 609-5005
*FAX number*