AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Federal Home Loan Bank of Indianapolis )<br>*Plaintiff* )<br>v. )<br>Banc of America Mortgage Securities, Inc. et al )<br>*Defendant* ) | Case No. 10-CV-1463 WTL-DML |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ally Financial, Inc. f/k/a GMAC, Inc., GMAC Mortgage Group LLC, f/k/a GMAC Mortgage Group, Inc., Residential Funding Mortgage Securities I, Inc. and Residential Funding Securities, LLC

Date:     01/20/2011

s/ Jeanah Park
*Attorney's signature*

Jeanah Park - 6278193
*Printed name and bar number*

222 N. LaSalle Street, Suite 2600
Chicago, IL  60601

*Address*

jpark@vedderprice.com
*E-mail address*

(312) 609-7500
*Telephone number*

(312) 609-5005
*FAX number*