IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF INDIANAPOLIS | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CAUSE NO.:  1:10-cv-1463 WTL-DML ) ) |
| BANC OF AMERICA MORTGAGE SECURITIES, INC, ET AL | ) ) ) |
| Defendants. | ) |

## ORDER

This matter having come before the Court on the Motion for Admission *Pro Hac Vice* of Attorney William C. Casano filed by Defendant First Savings Mortgage Corporation, and the Court, having considered the motion, determines it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that William C. Casano is hereby granted permission to appear *pro hac vice* before this Court for the limited purpose of representing the Defendant First Savings Mortgage Corporation in this matter.

Dated: 01/20/2011

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution[1]:

Jennifer Westerhaus Adams
BARNES & THORNBURG LLP
jennifer.adams@btlaw.com

Alan S. Brown
FROST BROWN TODD LLC
abrown@fbtlaw.com

Susanna M. Buergel
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
sbuergel@paulweiss.com

Brian Eugene Casey
BARNES THORNBURG
brian.casey@btlaw.com

Scott H. Christensen
HUGHES HUBBARD & REED, LLP
christen@hugheshubbard.com

Richard W. Clary
CRAVATH SWAINE & MOORE, LLP
rclary@cravath.com

Hamish S. Cohen
BARNES & THORNBURG LLP
hamish.cohen@btlaw.com

Charles E. Davidow
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
cdavidow@paulweiss.com

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Jason R. Delk
DELK MCNALLY
delk@delkmcnally.com

Christopher J. Dunne
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004-2498

John S. Durrant
PAUL, HASTINGS, JANOFSKY &
WALKER, LLP
johndurrant@paulhastings.com

Theodore Edelman
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004-2498

Jonathan P. Emenhiser
PLEWS SHADLEY RACHER & BRAUN
jemenhiser@psrb.com

Jason L. Fulk
HOOVER HULL LLP
jfulk@hooverhull.com

---

[1] Please note that the court will not mail copies of this entry to those attorneys of record who have not provided their email address to the court. As of September 1, 2004, the failure to register for the court's electronic filing system constitutes a violation of Local Rule 5.7(b). It is the responsibility of co-counsel who are registered to ensure that the entry is distributed to all non-registered counsel, and registered co-counsel also should urge all counsel to comply with the local rule and register to use the court's electronic filing system so that they may receive notice of future entries from the court by email. Information on how to register may be found on the court's website at http://www.insd.uscourts.gov/ecf.

George M. Garvey
MUNGER TOLLES & OLSON, LLP
george.garvey@mto.com

Eric T. Gortner
KIRKLAND & ELLIS, LLP
eric.gortner@kirkland.com

Gary Gotto
KELLER ROHRBACK, L.L.P.
ggotto@krplc.com

Adam S. Hakki
SHEARMAN & STERLING, LLP
ahakki@shearman.com

David J. Hensel
PENCE HENSEL LLC
dhensel@pencehensel.com

Stephen D. Hibbard
SHEARMAN & STERLING, LLP
525 Market St., Suite 1500
San Francisco, CA 94105

Andrew W. Hull
HOOVER HULL LLP
awhull@hooverhull.com

Karoline E. Jackson
BARNES & THORNBURG LLP
kjackson@btlaw.com

Brad S. Karp
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
bkarp@paulweiss.com

Jay B. Kasner
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036

Richard H. Klapper
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

Briana Lynn Kovac
BINGHAM MCHALE LLP
bkovac@binghammchale.com

Daniel H.R. Laguardia
SHEARMAN & STERLING, LLP
dlaguardia@shearman.com

Ryan L. Leitch
RILEY BENNETT & EGLOFF LLP
rleitch@rbelaw.com

Elizabeth T. Leland
KELLER ROHRBACK, L.L.P.
bleland@kellerrohrback.com

Derek W. Loser
KELLER ROHRBACK, LLP
1201 Third Ave., Suite 3200
Seattle, WA 98101

CHRISTOPHER P. MALLOY
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Fourt Times Square
New York, NY 10036

Sarah Tuohy MacGill
RILEY BENNETT & EGLOFF LLP
smacgill@rbelaw.com

Anna Muehling Mallon
CANTRELL, STRENSKI & MEHRINGER,
LLP
amallon@csmlawfirm.com

Harmony A. Mappes
BAKER & DANIELS - Indianapolis
harmony.mappes@bakerd.com

Michael T. McNally
DELK MCNALLY
mcnally@delkmcnally.com

Jason R. Meltzer
SIMPSON THACHER & BARTLETT, LLP
425 Lexington Avenue
New York, NY 10017-3954

Michael J. Mongan
MUNGER TOLLES & OLSON, LLP
michael.mongan@mto.com

Tom A. Paskowitz
SIDLEY AUSTIN, LLP
tpaskowitz@sidley.com

Linda L. Pence
PENCE HENSEL LLC
lpence@pencehensel.com

A. Robert Pietrzak
SIDLEY AUSTIN, LLP
rpietrzak@sidley.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

Howard M. Privette
PAUL, HASTINGS, JANOFSKY &
WALKER, LLP
howardprivette@paulhastings.com

Michael T. Reynolds
CRAVATH SWAINE & MOORE, LLP
mreynolds@cravath.com

Thomas C. Rice
SIMPSON THACHER & BARTLETT, LLP
425 Lexington Avenue
New York, NY 10017-3954

Lynn L. Sarko
KELLER ROHRBACK, L.L.P.
lsarko@kellerrohrback.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com

Christopher G. Scanlon
BAKER & DANIELS - Indianapolis
chris.scanlon@bakerd.com

Brian D. Sieve
KIRKLAND & ELLIS, LLP
brian.sieve@kirkland.com

Owen H. Smith
SIDLEY AUSTIN, LLP
osmith@sidley.com

Dorothy J. Spenner
SIDLEY AUSTIN, LLP
dspenner@sidley.com

James P. Strenski
CANTRELL, STRENSKI & MEHRINGER,
LLP
jstrenski@csmlawfirm.com

William F. Sullivan
PAUL, HASTINGS, JANOFSKY &
WALKER, LLP
williamsullivan@paulhastings.com

Rhiana L. Swartz
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004-2498

David O. Tittle
BINGHAM MCHALE LLP
dtittle@binghammchale.com

Harsh N. Trivedi
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004-2498

Alan C. Turner
SIMPSON THACHER & BARTLETT, LLP
425 Lexington Avenue
New York, NY 10017-3954

Amy Williams-Derry
KELLER ROHRBACK, LLP
awilliams-derry@kellerrohrback.com

Paul A. Wolfla
BAKER & DANIELS - Indianapolis
paul.wolfla@bakerd.com

Judy L. Woods
BOSE MCKINNEY & EVANS, LLP
jwoods@boselaw.com