IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF INDIANAPOLIS,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>BANC OF AMERICA MORTGAGE SECURITIES, INC., et al.,  )<br>)<br>Defendants.  ) | Case No. 1:10-cv-01463-WTL-DML |

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE
ONLY AS TO DEFENDANTS:
Ally Financial f/k/a GMAC, Inc., GMAC Mortgage Group LLC f/k/a GMAC
Mortgage Group, Inc., Residential Funding Mortgage Securities I, Inc. and
Residential Funding Securities, LLC

This case is before the court on the motion of Ryan L. Leitch, of the law firm Riley Bennett Egloff, LLP, for leave to withdraw his appearance on behalf of defendants Ally Financial f/k/a GMAC, Inc., GMAC Mortgage Group LLC f/k/a GMAC Mortgage Group, Inc., Residential Funding Mortgage Securities I, Inc. and Residential Funding Securities, LLC (Dkt. 152). Having considered the motion, the court determines it should be GRANTED.

The appearance of Ryan L. Leitch of the law firm Riley Bennett Egloff, LLP, on behalf of Defendants Ally Financial f/k/a GMAC, Inc., GMAC Mortgage Group LLC f/k/a GMAC Mortgage Group, Inc., Residential Funding Mortgage Securities I, Inc. and Residential Funding Securities, LLC, is WITHDRAWN.

So ORDERED.

Date: 02/02/2011

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:[1]

Jennifer Westerhaus Adams
BARNES & THORNBURG LLP
jennifer.adams@btlaw.com

Alan S. Brown
FROST BROWN TODD LLC
abrown@fbtlaw.com

Susanna M. Buergel
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
sbuergel@paulweiss.com

William C. Casano
GREENSTEIN DELORME & LUCHS, P.C.
wcc@gdllaw.com

Brian Eugene Casey
BARNES THORNBURG
brian.casey@btlaw.com

Scott H. Christensen
HUGHES HUBBARD & REED, LLP
christen@hugheshubbard.com

Thomas P. Cimino Jr.
VEDDER PRICE PC
tcimino@vedderprice.com

Richard W. Clary
CRAVATH SWAINE & MOORE, LLP
rclary@cravath.com

Hamish S. Cohen
BARNES & THORNBURG LLP
hamish.cohen@btlaw.com

---

[1] Please note that the court will not mail copies of this entry to those attorneys of record who have not provided their email address to the court. As of September 1, 2004, the failure to register for the court's electronic filing system constitutes a violation of Local Rule 5.7(b). It is the responsibility of co-counsel who are registered to ensure that the entry is distributed to all non-registered counsel, and registered co-counsel also should urge all counsel to comply with the local rule and register to use the court's electronic filing system so that they may receive notice of future entries from the court by email. Information on how to register may be found on the court's website at http://www.insd.uscourts.gov/ecf.

Charles E. Davidow
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
cdavidow@paulweiss.com

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Jason R. Delk
DELK MCNALLY
delk@delkmcnally.com

John S. Durrant
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
johndurrant@paulhastings.com

Jonathan P. Emenhiser
PLEWS SHADLEY RACHER & BRAUN
jemenhiser@psrb.com

Jason L. Fulk
HOOVER HULL LLP
jfulk@hooverhull.com

George M. Garvey
MUNGER TOLLES & OLSON, LLP
george.garvey@mto.com

Eric T. Gortner
KIRKLAND & ELLIS, LLP
eric.gortner@kirkland.com

Gary Gotto
KELLER ROHRBACK, L.L.P.
ggotto@krplc.com

Adam S. Hakki
SHEARMAN & STERLING, LLP
ahakki@shearman.com

David J. Hensel
PENCE HENSEL LLC
dhensel@pencehensel.com

Andrew W. Hull
HOOVER HULL LLP
awhull@hooverhull.com

Karoline E. Jackson
BARNES & THORNBURG LLP
kjackson@btlaw.com

Brad S. Karp
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
bkarp@paulweiss.com

Briana Lynn Kovac
BINGHAM MCHALE LLP
bkovac@binghammchale.com

Daniel H.R. Laguardia
SHEARMAN & STERLING, LLP
dlaguardia@shearman.com

Ryan L. Leitch
RILEY BENNETT & EGLOFF LLP
rleitch@rbelaw.com

Elizabeth T. Leland
KELLER ROHRBACK, L.L.P.
bleland@kellerrohrback.com

Sarah Tuohy MacGill
RILEY BENNETT & EGLOFF LLP
smacgill@rbelaw.com

Anna Muehling Mallon
CANTRELL, STRENSKI & MEHRINGER, LLP
amallon@csmlawfirm.com

Harmony A. Mappes
BAKER & DANIELS - Indianapolis
harmony.mappes@bakerd.com

Michael T. McNally
DELK MCNALLY
mcnally@delkmcnally.com

Jason R. Meltzer
SIMPSON THACHER & BARTLETT, LLP
jmeltzer@stblaw.com

Michael J. Mongan
MUNGER TOLLES & OLSON, LLP
michael.mongan@mto.com

Jeanah Park
VEDDER PRICE P.C.
jpark@vedderprice.com

Tom A. Paskowitz
SIDLEY AUSTIN, LLP
tpaskowitz@sidley.com

Linda L. Pence
PENCE HENSEL LLC
lpence@pencehensel.com

A. Robert Pietrzak
SIDLEY AUSTIN, LLP
rpietrzak@sidley.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

Howard M. Privette
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
howardprivette@paulhastings.com

Michael T. Reynolds
CRAVATH SWAINE & MOORE, LLP
mreynolds@cravath.com

Thomas C. Rice
SIMPSON THACHER & BARTLETT, LLP
trice@stblaw.com

Lynn L. Sarko
KELLER ROHRBACK, L.L.P.
lsarko@kellerrohrback.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com

Christopher G. Scanlon
BAKER & DANIELS - Indianapolis
chris.scanlon@bakerd.com

Brian D. Sieve
KIRKLAND & ELLIS, LLP
brian.sieve@kirkland.com

Owen H. Smith
SIDLEY AUSTIN, LLP
osmith@sidley.com

Dorothy J. Spenner
SIDLEY AUSTIN, LLP
dspenner@sidley.com

James P. Strenski
CANTRELL, STRENSKI & MEHRINGER, LLP
jstrenski@csmlawfirm.com

Joseph A. Strubbe
VEDDER PRICE P.C.
jstrubbe@vedderprice.com

William F. Sullivan
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
williamsullivan@paulhastings.com

David O. Tittle
BINGHAM MCHALE LLP
dtittle@binghammchale.com

Alan C. Turner
SIMPSON THACHER & BARTLETT, LLP
aturner@stblaw.com

Amy Williams-Derry
KELLER ROHRBACK, LLP
awilliams-derry@kellerrohrback.com

Paul A. Wolfla
BAKER & DANIELS - Indianapolis
paul.wolfla@bakerd.com

Judy L. Woods
BOSE MCKINNEY & EVANS, LLP
jwoods@boselaw.com