```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP022714
Cashier ID: dhabing
Transaction Date: 02/22/2011
Payer Name: RILEY BENNETT EGLOFF
------------------------------------
PRO HAC VICE
 For: RILEY BENNETT EGLOFF
 Case/Party: D-INS-1-11-LB-060001-001
 Amount:       $30.00
------------------------------------
CHECK
 Check/Money Order Num: 61683
 Amt Tendered: $30.00
------------------------------------
Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00

1:10-cv-1463-WTL-MDL

PHV FEE--SETH A GATSWIRTH


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45.00 fee
will be charged for a returned
check."
```