IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FEDERAL HOME LOAN BANK OF INDIANAPOLIS, | ) ) ) | Case No. 10-cv-1463 WTL-MDL |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BANC OF AMERICA MORTGAGE SECURITIES, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING VERIFIED MOTION TO ADMIT
SETH A. GASTWIRTH *PRO HAC VICE***

Come now Defendants First Tennessee Bank National Association and First Horizon Asset Securities, Inc., by counsel, and respectfully moves the Court to admit Seth A. Gastwirth of the law firm Kirkland & Ellis LLP, *pro hac vice*, to the Bar of this Court for the purpose of participating in the prosecution of this matter as co-counsel with the law firm Riley Bennett & Egloff, LLP, and the Court having examined said Motion and being duly advised in the premises now finds that said Motion is meritorious and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Seth A. Gastwirth of the law firm Kirkland & Ellis LLP is hereby admitted, *pro hac vice*, to the Bar of this Court for the purpose of participating in the prosecution of this matter as co-counsel with the law firm Riley Bennett & Egloff, LLP.

Dated:   02/25/2011

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution via ECF:

Jennifer Westerhaus Adams
BARNES & THORNBURG LLP
Jennifer.adams@btlaw.com

Alan S. Brown
FROST BROWN TODD LLC
abrown@fbtlaw.com

Susanna M. Buergel
PAUL WEISS RIFKIND WHARTON &
GARRISON
sbuergel@paulweiss.com

Brian Eugene Casey
BARNES & THORNBURG LLP
brian.casey@btlaw.com

Scott H. Christensen
HUGHES HUBBARD & REED, LLP
christen@hugheshubbard.com

Richard W. Clary
CRAVATH SWAINE & MOORE, LLP
rclary@cravath.com

Hamish S. Cohen
BARNES & THORNBURG LLP
hamish.cohen@btlaw.com

Charles E. Davidow
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
cdavidow@paulweiss.com

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Jason R. Delk
DELK MCNALLY
delk@delkmcnally.com

John S. Durrant
PAUL HASTINGS JANOFSKY &
WALKER LLP
johndurrant@paulhastings.com

Jonathan P. Emenhiser
PLEWS SHADLEY RACHER & BRAUN
jemenhiser@psrb.com

Jason L. Fulk
HOOVER HULL LLP
jfulk@hooverhull.com

George M. Garvey
MUNGER TOLLES & OLSON LLP
George.garvey@mto.com

Eric T. Gortner
KIRKLAND & ELLIS, LLP
eric.gortner@kirkland.com

Gary Gotto
KELKLER ROHRBACK LLP
ggotto@krplc.com

Adam S. Hakki
SHEARMAN & STERLING, LLP
ahakki@shearman.com

David J. Hensel
PENCE HENSEL LLC
dhensel@pencehensel.com

Andrew W. Hull
HOOVER HULL LLOP
awhull@hooverhull.com

Karoline E. Jackson
BARNES & THORNBURG LLP
kjackson@btlaw.com

Brad S. Karp
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
bkarp@paulweiss.com

Daniel H.R. Laguardia
SHEARMAN & STERLING, LLP
dlaguardian@shearman.com

Elizabeth T. Leland
KELLER ROHRBACK LLP
bleland@kellerrohrback.com

Anna Muehling Mallon
CANTRELL STRENSKI & MEHRINGER
amallon@csmlawfirm.com

Michael T. McNally
DELK MCNALLY
mcnally@delkmcnally.com

Tom A. Paskowitz
SIDLEY AUSTIN LLP
tpaskowitz@sidley.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

Michael T. Reynolds
CRAVATH SWAIN & MOORE LLP
mreynolds@cravath.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com

Brian D. Sieve
KIRKLAND & ELLIS, LLP
brian.sieve@kirkland.com

Dorothy J. Spenner
SIDLEY AUSTIN LLP
dspenner@sidley.com

William F. Sullivan
PAUL HASTINGS JANOFSKY &
WALKER LLP
williamsullivan@paulhastings.com

Briana Lynn Kovac
BINGHAM MCHALE LLP
bkovac@binghammchale.com

Ryan L. Leitch
RILEY BENNETT & EGLOFF LLP
rleitch@rbelaw.com

Sarah Tuohy MacGill
RILEY BENNETT & EGLOFF LLP
smacgill@rbelaw.com

Harmony A. Mappes
BAKER & DANIELS – INDIANAPOLIS
Harmony.mappes@bakerd.com

Michael J. Mongan
MUNGER TOLLES & OLSON LLP
Michael.mongan@mto.com

A. Robert Pietrzak
SIDLEY AUSTIN LLP
rpietrzak@sidley.com

Howard M. Privette
PAUL HASTINGS JANOFSKY &
WALKER LLP
howardprivette@paulhastings.com

Lynn L. Sarko
KELLER ROHRBACK LLP
lsarko@kellerrohrback.com

Christopher G. Scanlon
BAKER & DANIELS – INDIANAPOLIS
Chris.scanlon@bakerd.com

Owen H. Smith
SIDLEY AUSTIN LLP
osmith@sidley.com

James P. Strenski
CANTRELL STRENSKI & MEHRINGER
jstrenski@csmlaqwirm.com

David O. Tittle
BINGHAM MCHALE LLP
dtittle@binghammchale.com

Amy Williams-Derry
KELLER ROHRBACK LLP
Awilliams-derry@kellerrohrback.com

Judy L. Woods
BOSE MCKINNEY & EVANS LLP
jwoods@boselaw.com

Seth A. Gastwirth
KIRKLAND & ELLIS, LLP
seth.gastwirth@kirkland.com

Paul A. Wolfla
BAKER & DANIELS – INDIANAPOLIS
Paul.wolfla@bakerd.com

Joseph A. Strubbe
Jeanah Park
Thomas P. Cimino, Jr.
jstrubbe@vedderprice.com
jpark@vedderprice.com
tcimino@vedderprice.com