IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF INDIANAPOLIS, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| BANC OF AMERICA MORTGAGE SECURITIES, INC., et al., | ) ) ) ) |
| Defendants. | ) |

Case No. 10-cv-1463 WTL-MDL

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT ERIC T. GORTNER is no longer associated with Kirkland & Ellis LLP and should be removed from the service list. Kirkland & Ellis LLP continues to serve as counsel for First Tennessee Bank National Association and First Horizon Asset Securities, Inc. through all other Kirkland & Ellis LLP attorneys and all future correspondence and papers in this action should continue to be directed to them.

Dated: March 9, 2011

Respectfully submitted,

/s/ Eric T. Gortner
Eric T. Gortner
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
egortner@kirkland.com

*On behalf of Defendants First Tennessee Bank National Association and First Horizon Asset Securities, Inc.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically on this 9th day of March, 2011. Notice of this filing will be sent to the following by operation of the Court's electronic filing system or U.S. Mail:

Jennifer Westerhaus Adams
BARNES & THORNBURG LLP
Jennifer.adams@btlaw.com

Alan S. Brown
FROST BROWN TODD LLC
abrown@fbtlaw.com

Susanna M. Buergel
PAUL WEISS RIFKIND WHARTON & GARRISON
sbuergel@paulweiss.com

Brian Eugene Casey
BARNES & THORNBURG LLP
brian.casey@btlaw.com

Scott H. Christensen
HUGHES HUBBARD & REED, LLP
christen@hugheshubbard.com

Richard W. Clary
CRAVATH SWAINE & MOORE, LLP
rclary@cravath.com

Hamish S. Cohen
BARNES & THORNBURG LLP
hamish.cohen@btlaw.com

Charles E. Davidow
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
cdavidow@paulweiss.com

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Jason R. Delk
DELK MCNALLY
delk@delkmcnally.com

John S. Durrant
PAUL HASTINGS JANOFSKY & WALKER LLP
johndurrant@paulhastings.com

Jonathan P. Emenhiser
PLEWS SHADLEY RACHER & BRAUN
jemenhiser@psrb.com

Jason L. Fulk
HOOVER HULL LLP
jfulk@hooverhull.com

George M. Garvey
MUNGER TOLLES & OLSON LLP
George.garvey@mto.com

Eric T. Gortner
KIRKLAND & ELLIS, LLP
eric.gortner@kirkland.com

Gary Gotto
KELKLER ROHRBACK LLP
ggotto@krplc.com

Adam S. Hakki
SHEARMAN & STERLING, LLP
ahakki@shearman.com

David J. Hensel
PENCE HENSEL LLC
dhensel@pencehensel.com

Andrew W. Hull
HOOVER HULL LLOP
awhull@hooverhull.com

Karoline E. Jackson
BARNES & THORNBURG LLP
kjackson@btlaw.com

Brad S. Karp
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
bkarp@paulweiss.com

Briana Lynn Kovac
BINGHAM MCHALE LLP
bkovac@binghammchale.com

| | |
|---|---|
| Daniel H.R. Laguardia<br>SHEARMAN & STERLING, LLP<br>dlaguardian@shearman.com | Ryan L. Leitch<br>RILEY BENNETT & EGLOFF LLP<br>rleitch@rbelaw.com |
| Elizabeth T. Leland<br>KELLER ROHRBACK LLP<br>bleland@kellerrohrback.com | Sarah Tuohy MacGill<br>RILEY BENNETT & EGLOFF LLP<br>smacgill@rbelaw.com |
| Anna Muehling Mallon<br>CANTRELL STRENSKI & MEHRINGER<br>amallon@csmlawfirm.com | Harmony A. Mappes<br>BAKER & DANIELS – INDIANAPOLIS<br>Harmony.mappes@bakerd.com |
| Michael T. McNally<br>DELK MCNALLY<br>mcnally@delkmcnally.com | Michael J. Mongan<br>MUNGER TOLLES & OLSON LLP<br>Michael.mongan@mto.com |
| Tom A. Paskowitz<br>SIDLEY AUSTIN LLP<br>tpaskowitz@sidley.com | A. Robert Pietrzak<br>SIDLEY AUSTIN LLP<br>rpietrzak@sidley.com |
| George M. Plews<br>PLEWS SHADLEY RACHER & BRAUN<br>gplews@psrb.com | Howard M. Privette<br>PAUL HASTINGS JANOFSKY &<br>WALKER LLP<br>howardprivette@paulhastings.com |
| Michael T. Reynolds<br>CRAVATH SWAIN & MOORE LLP<br>mreynolds@cravath.com | Lynn L. Sarko<br>KELLER ROHRBACK LLP<br>lsarko@kellerrohrback.com |
| Thomas E. Satrom<br>FROST BROWN TODD LLC<br>tsatrom@fbtlaw.com | Christopher G. Scanlon<br>BAKER & DANIELS – INDIANAPOLIS<br>Chris.scanlon@bakerd.com |
| Brian D. Sieve<br>KIRKLAND & ELLIS, LLP<br>brian.sieve@kirkland.com | Owen H. Smith<br>SIDLEY AUSTIN LLP<br>osmith@sidley.com |
| Dorothy J. Spenner<br>SIDLEY AUSTIN LLP<br>dspenner@sidley.com | James P. Strenski<br>CANTRELL STRENSKI & MEHRINGER<br>jstrenski@csmlaqwirm.com |
| William F. Sullivan<br>PAUL HASTINGS JANOFSKY &<br>WALKER LLP<br>williamsullivan@paulhastings.com | David O. Tittle<br>BINGHAM MCHALE LLP<br>dtittle@binghammchale.com |
| Amy Williams-Derry<br>KELLER ROHRBACK LLP<br>Awilliams-derry@kellerrohrback.com | Paul A. Wolfla<br>BAKER & DANIELS – INDIANAPOLIS<br>Paul.wolfla@bakerd.com |
| Judy L. Woods<br>BOSE MCKINNEY & EVANS LLP<br>jwoods@boselaw.com | Joseph A. Strubbe<br>Jeanah Park<br>Thomas P. Cimino, Jr.<br>VEDDER PRICE P.C.<br>jstrubbe@vedderprice.com<br>jpark@vedderprice.com<br>tcimino@vedderprice.com |

**Via U.S. Mail Upon:**

| | |
|---|---|
| Christopher J. Dunne<br>Theodore Edelman<br>Richard H. Klapper<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004-2498 | Stephen D. Hibbard<br>SHEARMAN & STERLING LLP<br>525 Market Street, Suite 1500<br>San Francisco, CA 94105 |
| Jay B. Kasner<br>Christopher P. Malloy<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036 | Derek W. Loser<br>KELLER ROHRBACK LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101 |
| Jason R. Metzler<br>Thomas C. Rice<br>Alan C. Turner<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 | Rhiana L. Swartz<br>Harsh N. Trivedi<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004-2498 |

/s/ Eric T. Gortner