UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF INDIANAPOLIS, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No: 1:10-cv-01463-WTL-DML ) |
| BANC OF AMERICA MORTGAGE SECURITIES, INC., et al. | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION**

Judy L. Woods hereby gives notice to all interested parties that she has changed law firms and her new address and contact information is as follows:

> Judy L. Woods
> Benesch Friedlander Coplan & Aronoff, LLP
> One American Square, Suite 2300
> Indianapolis, IN 46282
> Telephone:  (317) 632-3232
> Facsimile:  (317) 632-2962
> E-mail:  jwoods@beneschlaw.com

Respectfully submitted April 11, 2011.

/s/ Judy L. Woods
Judy L. Woods, Attorney #11705-49
Benesch Friedlander Coplan & Aronoff, LLP
One American Square, Suite 2300
Indianapolis, IN 46282
Telephone:  (317) 632-3232
Facsimile:  (317) 632-2962
E-mail:  jwoods@beneschlaw.com

*Attorneys for Defendants, Countrywide Financial Corporation and CWMBS, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of *Notice of Change of Address and Firm Affiliation* has been sent to the following parties of record via the Court's CM/ECF electronic notification system, this 11th day of April, 2011:

*Attorneys for Plaintiff:*

Amy Williams-Derry
Derek W. Loser
Elizabeth T. Leland
Gary Gotto
Lynn L. Sarko
KELLER ROHRBACK, LLP
derry@kellerrohrback.com
bleland@kellerrohrback.com
ggotto@krplc.com
lsarko@kellerrohrback.com

Anna Muehling Mallon
James P. Strenski
CANTRELL STRENSKI & MEHRINGER, LLP
amallon@cmslawfirm.com
jstrenski@csmlawfirm.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Attorneys for Banc of America Securities, LLC, Bank of America Corp.,*

Alan S. Brown
Thomas E. Satrom
FROST BROWN TODD, LLC
abrown@fbtlaw.com
tsatrom@ftblaw.com

Christopher P. Malloy
Jay B. Kasner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
christopher.malloy@skadden.com
Jay.kasner@skadden.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Attorneys for The Bear Stearns Companies, LLC, Bear, Stearns & Co., Inc., Structured Asset Mortgage Investments II, Inc., J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities, Inc., JP Morgan Securities Holdings, LLC, JP Morgan Chase & Co, WAMU Asset Acceptance Corp., WAMU Capital Corp., :*

A. Robert Pietrzak
Dorothy J. Spenner
Owen H. Smith
Tom A. Paskowitz
SIDLEY AUSTIN, LLP
rpietrzak@sidley.com
dspenner@sidley.com
osmith@sidley.com
tpaskowitz@sidley.com

***Also represents Chase Mortgage Finance Corp. in addition to ones named immediately above:***

Christopher G. Scanlon
Harmony A. Mappes
Paul A. Wolfla
BAKER & DANIELS – Indianapolis
chris.scanlon@bakerd.com
harmony.mappes@bakerd.com
paul.wolfla@bakerd.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Attorneys for Citigroup Global Markets, Inc.:*

Brad S. Karp
Charles E. Davidow
Susanna M. Buergel
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
bkarp@paulweiss.com

6585280_1

*Attorneys for Credit Suisse First Boston Mortgage Securities, Corp., Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc.:*

Andrew W. Hull
Jason L. Fulk
HOOVER HULL LLP
awhull@hooverhull.com
jfulk@hooverhull.com

Michael T. Reynolds
Richard W. Clary
CRAVATH SWAINE & MOORE, LLP
mreynolds@cravath.com
rclary@cravath.com

**********************************
*Attorneys for First Horizon Asset Securities, Inc., First Tennessee Bank, N.A.:*

Brian D. Sieve
Seth A. Gastwirth
KIRKLAND & ELLIS, LLP
brian.sieve@kirkland.com
seth.gastwirth@kirkland.com

Ryan L. Leitch
Sarah Tuohy MacGill
RILEY BENNETT & EGLOFF, LLP
rleitch@rbelaw.com
smacgill@rbelaw.com

**********************************
*Attorneys for First Savings Mortgage Corp.:*

David J. Hensel
Linda L. Pence
PENCE HENSEL LLC
dhensel@pencehensel.com
lpence@pencehensel.com

William C. Casano
GREENSTEIN DELORME & LUCHS, P.C.
wcc@gdllaw.com

cdavidow@paulweiss.com
sbuergel@paulweiss.com

Jason R. Delk
Michael T. McNally
DELK McNALLY
delk@delkmcnally.com
mcnally@delkmcnally.com

**********************************
*Attorneys for Residential Funding Mortgage Securities I, Inc., Residential Funding Securities, LLC, GMAC Mortgage Group LLC, Ally Financial:*

Jeanah Park
Joseph A. Strubbe
Thomas P. Cimino, Jr.
VEDDER PRICE P.C.
jpark@vedderprice.com
jsturubbe@vedderprice.com
tcimino@vedderprice.com

**********************************
*Attorneys for GS Mortgage Securities Corp., Goldman, Sachs & Co., Goldman Sachs Mortgage Co., The Goldman Sachs Group, Inc.:*

Brian Eugene Casey
Hamish S. Cohen
BARNES & THORNBURG LLP
brian.casey@btlaw.com
hamish.cohen@btlaw.com

Christopher J. Dunne
Harsh N. Trivedi
Rhiana L. Swartz
Richard H. Klapper
Theodore Edelman
SULLIVAN & CROMWELL, LLP
dunnec@sullcrom.com
trivedih@sullcrom.com
swartzr@sullcrom.com
klapperr@sullcrom.com
edelmant@sullcrom.com

3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Attorneys for IndyMac MBS, Inc.:*

George M. Plews
Jonathan P. Emenhiser
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com
jemenhiser@psrb.com

Scott H. Christensen
HUGHES HUBBARD & REED, LLP
christen@hugheshubbard.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Attorneys for UBS Securities, LLC:*

Anne N. DePrez
Jennifer Westerhaus Adams
BARNES & THORNBURG, LLP
adeprez@btlaw.com
jennifer.adams@btlaw.com

Howard M. Privette
John S. Durrant
William F. Sullivan
PAUL HASTINGS JANOFSKY & WALKER, LLP
howardprivette@paulhastings.com
johndurrant@paulhastings.com
williamsullivan@paulhastings.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Also representing Countrywide Financial Corporation and CWMBS, Inc.:*

Adam S. Hakki
Daniel H.R. Laguardia
Stephen D. Hibbard
SHEARMAN & STERLING, LLP
ahakki@shearman.com
dlaguardia@shearman.com
shibbard@shearman.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Attorneys for RBS Securities, Inc.:*

Alan C. Turner
Jason R. Meltzer
Thomas C. Rice
SIMPSON THACHER & BARTLETT, LLP
aturner@stblaw.com
jmeltzer@stblaw.com

Briana Lynn Kovac
David O. Tittle
BINGHAM McHALE, LLP
bkovac@binghammchale.com
dtittle@binghammchale.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Attorneys for Wells Fargo Asset Securities Corp., Wells Fargo Bank, N.A., Wells Fargo & Company:*

George M. Garvey
Michael J. Mongan
MUNGER TOLLES & OLSON, LLP
george.garvey@mto.com
michael.mongan@mto.com

Karoline E. Jackson
BARNES & THORNBURG, LLP
kjackson@btlaw.com

*/s/ Judy L. Woods*
Judy L. Woods