# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

May 25, 2011

Clerk of the Marion Superior County Court
City County Building
200 E. Washington St., #W–122
Indianapolis, IN 46204

      Re: FEDERAL HOME LOAN BANK OF INDIANAPOLIS v. BANC OF AMERICA MORTGAGE SECURITIES, INC. et al
        Cause Number: 1:10–cv–01463–WTL–DML
        Your Cause Number: 49D05–1010–PL–045071

Dear Clerk:

      Pursuant to Court order dated May 25, 2011, the above file is remanded to the Marion Superior County Court.

      Enclosed are copies of all documents filed in this cause since the petition for removal was filed on November 15, 2010. Also enclosed are certified copies of the docket and order of remand.

      Please acknowledge receipt of the file by returning the enclosed copy of this letter to the undersigned.

      Sincerely,

      Laura A. Briggs, Clerk

      By: _s/Dena Wolf Hernandez_
      Dena Wolf Hernandez, Deputy Clerk

Received by:_____Date:_____